# United States District Court

SOUTHERN _____ DISTRICT OF _____ FLORIDA

UNITED STATES OF AMERICA

V.

CHRIS GRECO,

**WARRANT FOR ARREST**

CASE NUMBER: 00-6088-CR-UNGARO-BENAGES

MAGISTRATE JUDGE BROWN

FILED by APR - 4 2000 CLARENCE MADDOX CLERK U.S. DIST. CT. S.D. OF FLA. FT. LAUD.

TO: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest   CHRIS GRECO
Name

and bring him or her forthwith to the nearest magistrate to answer a(n)

[X] Indictment  [ ] Information  [ ] Complaint  [ ] Order of court  [ ] Violation Notice  [ ] Probation Violation Petition

charging him or her with (brief description of offense)

Conspiracy to commit RICO, Money Laundering; Interstate Gambling

in violation of Title 18 United States Code, Section(s)   1955, 1956, 1962(d)

CLARENCE MADDOX
Name of Issuing Officer

*Jenny Butler* (signature)
Signature of Issuing Officer

Bail fixed at $ 50,000 Corporate Surety Bond

COURT ADMINISTRATOR/CLERK OF THE COURT
Title of Issuing Officer

04/04/00   FORT LAUDERDALE, FLORIDA
Date and Location

*Lurana S. Snow* (signature)
LURANA S. SNOW
by CHIEF UNITED STATES MAGISTRATE JUDGE
Name of Judicial Officer

| RETURN |
|---|
| This warrant was received and executed with the arrest of the above named defendant at _____ |

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| DATE OF ARREST | | |

AO 442 (Rev. 12/85) Warrant for Arrest

THE FOLLOWING IS FURNISHED FOR INFORMATION ONLY:

DEFENDANT'S NAME: CHRIS GRECO

ALIAS: _____

LAST KNOWN RESIDENCE: 250 E. Crescent Avenue, Mahwah, New Jersey

LAST KNOWN EMPLOYMENT: _____

PLACE OF BIRTH: _____

DATE OF BIRTH: 07/07/65

SOCIAL SECURITY NUMBER: _____

HEIGHT: _____ WEIGHT: _____

SEX: _____ RACE: _____

HAIR: _____ EYES: _____

SCARS, TATTOOS, OTHER DISTINGUISHING MARKS: _____

FBI NUMBER: _____

COMPLETE DESCRIPTION OF AUTO: _____

INVESTIGATIVE AGENCY AND ADDRESS: FBI, S/A Darin Sachs, 16320 N.W. 2nd Avenue, North Miami Beach, FL 33169