koia.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6088-CR-UNGARO-BENAGES

UNITED STATES OF AMERICA

    Plaintiff,

v.

CHRIS GRECO

    Defendant.

_____/

**ORDER ON INITIAL APPEARANCE**

Language _____
Tape No. 00 D- 50-30
AUSA Peter Outerbridge
Agent _____
DOB _____ # _____

The above-named defendant having been arrested on _____ having appeared before the court for initial appearance on __5/31/00__ and proceedings having been held in accordance with **F.R.C.P. 5 or 40(a)**, it is thereupon
**ORDERED** as follows:  phv (Alan Weinstein - local Counsel)
1. Kerry Lawrence appeared as permanent/temporary counsel of record.
Address: 81 Main St. White Plains NY
Zip Code: 10601  Telephone: (914) 946-5900
2. _____ appointed as permanent counsel of record.
Address: _____
Zip Code: _____ Telephone: _____
3. The defendant shall attempt to retain counsel and shall appear before the court at 10:00 A.M. on __Arraigned this date__, 2000.
4. ~~Arraignment/Preliminary/Removal/Identity hearing~~ is set for 10am_____, 2000.
5. The defendant is held in temporary pretrial detention pursuant to 18 U.S.C. Section 3142 (d) or (f) because _____
A detention hearing, pursuant to 18 U.S.C. Section 3142(f), is set for 10am_____, 2000.
6. The defendant shall be release from custody upon the posting of the following type of appearance bond, pursuant to 18 U.S.C. Section 3142: __Continued from New Jersey - $100K CSB__

This bond shall contain the standard conditions of bond printed in the bond form of this Court and, in addition, the defendant must comply with the special conditions checked below:
✓ a. Surrender all passports and travel document to the Pretrial Services Office.
✓ b. Report to Pretrial Services as follows: ___ times a week by phone, _1_ time a week in person; other: _____
___ c. Submit to random urine testing by Pretrial Services for the use of non-physician-prescribed substances prohibited by law.
___ d. Maintain or actively seek full time gainful employment.
___ e. Maintain or begin an educational program.
___ f. Avoid all contact with victims of or witnesses to the crimes charged.
___ g. Refrain from possessing a firearm, destructive device or other dangerous weapon.
___ h. Comply with the following curfew: _____
___ I. Avoid all commercial transportation facilities; no airports, no marinas, no bus terminals

✓ j. Comply with the following additional special conditions of this bond:
travel restricted to county of residence + S/D NY, may tr to S/D NY for csl visits only. May travel to Rockland County, NY + ✱

This bond was set: At Arrest _____
      On Warrant _____
      After Hearing ✓

If bond is changed from that set in another District, the reason pursuant to Rule 40(f) is ___

____ If this space is checked, an evidentiary hearing pursuant to United States v. Nebbia, 357, F.2d 303 (2 Cir. 1966) shall be held prior to the posting of the bond. Such hearing shall be scheduled promptly upon notification to the court that the defendant is ready to post bond.

7. The defendant has been advised by the court that if he or she is released on bond pursuant to the conditions set forth herein or those later ordered by the court, the defendant is subject to arrest and revocation of release and to various civil and criminal sanctions for any violation of those conditions. These various sanctions and penalties are set forth more fully in the Appearance Bond itself.

8. The defendant is committed to the custody of the United States Marshal until an appearance bond has been executed in accordance with this or subsequent court order.

**DONE AND ORDERED** at <u>Miami, Florida</u>, this <u>31st</u> day of <u>MAY</u> _____, 2000.

              _____
              UNITED STATES MAGISTRATE JUDGE
              STEPHEN T. BROWN

c: Assistant U.S. Attorney
 Defendant
 Counsel
 U.S. Marshal
 Pretrial Services/Probation

✱ Neighboring County in N.J. for employment purposes only, may travel to S/D FL for matters involving this case w/prior ntc to PTS