UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. *00-6088-CR-Ungaro-Benages*

UNITED STATES OF AMERICA,

vs.

*Chris Greco*
             Defendant.
_____/

**ARRAIGNMENT INFORMATION SHEET**

Jail No : *On Bond*

Language: *English*

The above-named Defendant appeared before **Magistrate Judge** __STEPHEN T. BROWN__, where the Defendant was arraigned and a plea of not guilty was entered. Defendant and court-appointed/retained counsel of record will be **noticed for trial by the District Judge assigned to this case.** The following information is current as of this date:

**Defendant:**   Address: *On Bond*

Tel. No: _____

**Defense Counsel:**   Name : *Kerry Lawrence — Phv*

(*Alan Weinstein local csl*)

*81 Main St.*
*White Plains, NY 10601*

Tel. No. *(914) 946-5900*

**Bond Set/Continued:**   *$100,000 CSB*

Dated this __31__ day of __May__, 2000.

        CLARENCE MADDOX, COURT ADMINISTRATOR

        BY __STEPHANIE A. LEE__
           Deputy Clerk

c: Clerk for Judge
   U.S. Attorney
   Defense Counsel
   Pretrial Services

TAPE NO. 00 D-*50 30*
DIGITAL START NO. _____