UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. _00-6088_

UNITED STATES OF AMERICA,      :

v.                             :    **NOTICE OF PERMANENT**
                                    **APPEARANCE AS COUNSEL**
Chris Greco                    :    **OF RECORD**

_____ :

COMES NOW _Kerry Lawrence_, and files this appearance as counsel for the above named defendant(s). Counsel agrees to represent the defendant(s) for all proceedings arising out of the transaction with which the defendant(s) is presently charged in the United States District Court in and for the Southern District of Florida.

Counsel hereby states that this appearance is unconditional and in conformity with the requirements of Local General Rule 11.1(D) and Rule 4 of the Special Rules Governing the Admission and Practice of Attorneys.

Counsel acknowledges responsibility to advise the defendant(s) of the right of appeal, to file a timely notice of appeal if requested to do so by the defendant(s), and to pursue that appeal unless relieved by Court Order.

FEE DISPUTES BETWEEN COUNSEL AND CLIENT SHALL NOT BE A BASIS FOR WITHDRAWAL FROM THIS REPRESENTATION.

DATED: _May 31, 2000_

Attorney _Kerry Lawrence_
Address _Briccetti, Calhoun & Lawrence_
        _81 Main Street_
City _White Plains_ State _NY_ Zip _10601_
Telephone _(914) 946-5500_
Florida Bar No. _____

The undersigned defendant(s) hereby consent(s) to the representation of the above counsel.