# United States District Court

__SOUTHERN__ DISTRICT OF __FLORIDA__

UNITED STATES OF AMERICA

V.

CHRIS GRECO,

TO: The United States Marshal
and any Authorized United States Officer

**WARRANT FOR ARREST**

CASE NUMBER: 00-6088 CR-UNGARO-BENAGES

MAGISTRATE JUDGE BROWN

YOU ARE HEREBY COMMANDED to arrest __CHRIS GRECO__
Name

and bring him or her forthwith to the nearest magistrate to answer a(n)

[X] Indictment [ ] Information [ ] Complaint [ ] Order of court [ ] Violation Notice [ ] Probation Violation Petition

charging him or her with (brief description of offense)

Conspiracy to commit RICO, Money Laundering; Interstate Gambling

in violation of Title 18 United States Code, Section(s) __1955, 1956, 1962(d)__

CLARENCE MADDOX
Name of Issuing Officer

*(signature)*
Signature of Issuing Officer

Bail fixed at $ __50,000 Corporate Surety Bond__

COURT ADMINISTRATOR/CLERK OF THE COURT
Title of Issuing Officer

04/04/00    FORT LAUDERDALE, FLORIDA
Date and Location

*(signature)* LURANA S. SNOW
by CHIEF UNITED STATES MAGISTRATE JUDGE
Name of Judicial Officer

| RETURN |
|---|
| This warrant was received and executed with the arrest of the above named defendant at _____ <br> **Mahwah, NJ** |

| DATE RECEIVED <br> 4/4/2000 | NAME AND TITLE OF ARRESTING OFFICER <br> James A. Tassone, US Marshal | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| DATE OF ARREST <br> 5/3/2000 | FOR: FBI | Fred Depompa, SDUSM |

AO 442 (Rev. 12/85) Warrant for Arrest

THE FOLLOWING IS FURNISHED FOR INFORMATION ONLY

DEFENDANT'S NAME:  CHRIS GRECO

ALIAS: _____

LAST KNOWN RESIDENCE:  250 E. Crescent Avenue, Mahwah, New Jersey

LAST KNOWN EMPLOYMENT: _____

PLACE OF BIRTH: _____

DATE OF BIRTH:  07/07/65

SOCIAL SECURITY NUMBER: _____

HEIGHT: _____   WEIGHT: _____

SEX: _____   RACE: _____

HAIR: _____   EYES: _____

SCARS, TATTOOS, OTHER DISTINGUISHING MARKS: _____

FBI NUMBER: _____

COMPLETE DESCRIPTION OF AUTO: _____

INVESTIGATIVE AGENCY AND ADDRESS:  FBI, S/A Darin Sachs, 16320 N.W. 2nd Avenue, North Miami Beach, FL 33169