```
                        UNITED STATES DISTRICT COURT
                        SOUTHERN DISTRICT OF FLORIDA
                        CASE NO. 00-6088-CR
                              UNGARO-BENAGES
```

UNITED STATES OF AMERICA,

    Plaintiff,

vs.                        ORDER CONTINUING TRIAL DATE

MARCO MINUTO, et al.,

    Defendant.
_____/

FILED by _____ D.C.
DKTG
JUN 23 2000
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. - MIAMI

    THIS CAUSE came on the Court for Calendar Call on June 14, 2000, and based on the representations made by counsel and in the interest of justice, it is

    ORDERED AND ADJUDGED that this case is hereby continued to the trial calendar **FEBRUARY 26, 2001 at 9:00 AM.** This case has been specially set. The Court further finds that the period of delay resulting from this continuance, to-wit: June 14, 2000 (the date of the Calendar Call) **to and including the date trial is commenced**, shall be deemed excludable time in accordance with the provisions of the Speedy Trial Act, 18 U.S.C., § 3161 *et seq*. Calendar Call will be held on **Wednesday, FEBRUARY 21, 2001 at 1:00 PM.** All exhibits must be pre-marked and exhibit list shall be furnished to the Court on the date of trial.

    All motions filed shall be accompanied by a written statement certifying that counsel for the moving party has conferred with opposing counsel in a good faith effort to resolve by agreement the subject matter of the motion.

DONE AND ORDERED at Miami, Florida this ____16____ day of June, 2000.

*[signature]*
URSULA UNGARO-BENAGES
UNITED STATES DISTRICT JUDGE

cc: Counsel of record