UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
------------------------------------x

UNITED STATES OF AMERICA        :        00-6088 Cr - Ungaro-Benages

-v-                             :

CHRIS GRECO,                    :

                Defendant.      :

------------------------------------x

## MOTION FOR BAIL MODIFICATION
### AND ORDER

The undersigned counsel hereby moves to have the Defendant Chris Greco's bail be modified as follows:

1)     The Defendant may travel throughout the State of New York to seek employment and to work; and

2)     The Defendant is required to report once each month personally to his supervising Pretrial Services Officer in New Jersey and to make telephone contact with Pretrial Services once each week.

All other preexisting bail conditions are not being challenged.

The undersigned counsel has discussed the above-mentioned issue with Assistant United States Attorney Michael Dittoe who has authorized me to represent to the Court that he has no

1



objection to the Court's granting of the requested bail modifications. The Defendant's Pretrial Services Officer also has no objection to the requested bail condition modifications.

Respectfully submitted,

Kerry A. Lawrence
Briccetti, Calhoun & Lawrence, LLP
81 Main Street, Suite 450
White Plains, New York 10601
Tel. No. (914) 946-5900

Dated: July 7, 2000

SO ORDERED:

Hon. Stephen T. Brown
United States Magistrate Judge

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and correct copy of the foregoing was delivered by United States mail this 7th day of July, 2000, to Assistant United States Attorney Michel J. Dittoe, 500 East Broward Blvd., Suite 700, Ft. Lauderdale, Florida 33394

*Kerry A. Lawrence*
Kerry A. Lawrence
Briccetti, Calhoun & Lawrence, LLP
81 Main Street, Suite 450
White Plains, New York 10601
Tel. No. (914) 946-5900

1