

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO: 00-6088-CR-UNGARO-BENAGES/BROWN

UNITED STATES OF AMERICA,

   Plaintiff,

vs.

MARCO MINUTO,

   Defendant.
_____/

REFERRAL TO MAGISTRATE



PURSUANT TO 28 U.S.C. § 636 and the Magistrate Rules of the Local Rules of the Southern District of Florida, the above-captioned Cause is referred to **United States Magistrate-Judge Stephen Brown** to take all necessary and proper action as required by law, with respect to the following motion(s):

(1) Marco Minuto's Motion to Admit Polygraph Evidence at Trial;

(2) Marco Minuto's Motion to Compel Inspection of Personnel Files of Testifying Agents and Officers;

(3) Marco Minuto's Motion to Interview all Government Witnesses;

(4) Marco Minuto's Specific *Brady* Request Re: Cooperating Witnesses; and

(5) Marco Minuto's Motion for Production of Impeachment and "Bad Acts" Materials Pertaining to All Cooperating Witness, Including David Alwais.

PURSUANT to this referral order, it is also

ORDERED AND ADJUDGED that it shall be the responsibility of the respective parties in this case to note that additional courtesy copies of all materials necessary to the resolution of the

C:\Myfiles\US v. Minuto\RTM-Brady Matters.wpd

referred matters shall be directed to the Magistrate Judge's chambers.

**DONE AND ORDERED** this _4_ day of June, 2001 at Miami, Florida.

*[signature]*
URSULA UNGARO-BENAGES
UNITED STATES DISTRICT COURT JUDGE

cc: Magistrate Stephen Brown
All Counsel of Record

C:\Myfiles\US v. Minuto\RTM-Brady Matters.wpd