UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO. 00-6088 CR - UNGARO-BENAGES

UNITED STATES OF AMERICA,　　　　　　　　　:

　　　　　Plaintiff,　　　　　　　　　　　　　:

vs.　　　　　　　　　　　　　　　　　　　　　:

MARCO MINUTO, a/k/a "The Big Guy",　　　　:
NICOLO MARIANI,　　　　　　　　　　　　　　　:
JOSEPH MINUTO,　　　　　　　　　　　　　　　:
MARCELLO GRASSO, a/k/a "J.J.",　　　　　　:
ALEX TORRENTE, a/k/a "Porky", a/k/a "Neck", :
CHRIS GRECO,　　　　　　　　　　　　　　　　:
JULIO PEREZ,　　　　　　　　　　　　　　　　:
ANGEL HERNANDEZ, and　　　　　　　　　　　　:
a/k/a "Junior" JORGE RAVELO,　　　　　　　:
　　　　　　　　　　　　　　　　　　　　　　:
　　　　　Defendants.　　　　　　　　　　　　:
------------------------------------------------x



## MOTION TO ADOPT

CHRIS GRECO ("Greco"), through undersigned counsel files this Motion to Adopt Motions filed by Co-Defendants as set forth below. As grounds, Chris Greco states the following:

1. Co-defendant, Marco Minuto has filed numerous pretrial Motions with this Court.

2. Rather than refile duplicate applications, Greco requests permission to adopt certain of his Co-Defendant's Motions.

3. Greco specifically requests permission to adopt the following Minuto Motions:

　　a)　Motion to Admit Polygraph Evidence at Trial;

　　b)　Motion to Compel Inspection of Personnel Files;

c) Motion to Interview all Government Witnesses;

d) Specific **Brady** Request;

e) Motion for Production of Inpeachment and Bad Act Evidence;

f) Motion to Suppress Fruits of Wiretap;

g) Request For Notice of 404(b) Evidence;

h) Motion to Unseal Documents;

i) Motion to Seal Affidavit;

j) Motion to Disclose whether confidential Source Held Himself to be an Attorney;

k) Motion for Production of PSR of Cooperating Government Witnesses.

WHEREFORE, Defendant Chris Greco and undersigned counsel respectfully request that this Court grant this Motion to Adopt the specific Motion of Co-Defendant, Marco Minuto as listed above.

Respectfully submitted,

Kerry A. Lawrence, Esq.
BRICCETTI, CALHOUN & LAWRENCE, LLP
81 Main Street, Suite 450
White Plains, New York 10601
(914) 946-5900 (telephone)
(914) 946-5906 (fax)

By: _____
Kerry A. Lawrence, Esq.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing Motion was mailed this 13th day of June, 2001 to:

Michael J. Dittoe, Esq.
Assistant United States Attorney
500 East Broward Boulevard
7th Floor
Fort Lauderdale, Florida 33394-3002

Howard M. Srebnick, Esq.
Counsel for Marco Minuto
Black, Srebnick & Kornspan, P.A.
201 South Biscayne Boulevard
Suite 1300
Miami, Florida 33131

William J. Hunt, Esq.
Counsel for Joseph Minuto
William J. Hunt & Associates
155 Polifly Road
Suite 200
Hackensack, New Jersey 07601

Bruce A. Zimet, Esq.
Counsel for Nicolo Mariani
One Financial Plaza
Suite 2612
Fort Lauderdale, Florida 33394