UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO. 00-6088 CR - UNGARO-BENAGES

UNITED STATES OF AMERICA,

            Plaintiff,

vs.

CHRIS GRECO,

            Defendant.

-----------------------------------------------------------x

FILED by _____ D.C.
DKTG
JUN 2 5 2001
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. - MIAMI

## ORDER ON CHRIS GRECO'S MOTION TO ADOPT

THIS CAUSE having come before this Court on Defendant's, CHRIS GRECO's Motion to Adopt, and upon due consideration thereof, it is hereby

ORDERED and ADJUDGED that the Motion to Adopt the following Motions:

    a)    Motion to Admit Polygraph Evidence at Trial;

    b)    Motion to Compel Inspection of Personnel Files;

    c)    Motion to Interview all Government Witnesses;

    d)    Specific **Brady** Request;

    e)    Motion for Production of Inpeachment and Bad Act Evidence;

    f)    Motion to Suppress Fruits of Wiretap;

    g)    Request For Notice of 404(b) Evidence;

    h)    Motion to Unseal Documents;

    i)    Motion to Seal Affidavit;

    j)    Motion to Disclose whether confidential Source Held Himself to be an

       Attorney;

k)    Motion for Production of PSR of Cooperating Government Witnesses.

is hereby __GRANTED__.

DONE and ORDERED this 20 day of June 2001 at Miami, Dade County, Florida.

                                                HONORABLE UNGARO-BENAGES  
                                               United States District Judge

cc:    Michael Dittoe, Esq.  
       Howard Srebnick, Esq.  
       Bruce A. Zimet, Esq.  
       William J. Hunt, Esq.