UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

UNITED STATES OF AMERICA,                    CASE # 00-6088-CR-UUB
        Plaintiff,

v.

MARCO MINUTO, ET AL.,
        Defendant.

MOTION FOR CONTINUANCE

        COMES NOW the Defendant, CHRIS GRECO, by and through his undersigned counsel, KERRY A. LAWRENCE, ESQ., and respectfully move this Honorable Court to continue the instant case. In support of this motion, undersigned counsel states as follows:

1.    The instant case is presently set for calendar call on the 22nd day of August, 2001, with trial scheduled for the 27th day of August, 2001.

2.    I am presently scheduled to start a multi-defendant trial in the Southern District of New York, United States v. Mintus, et al., S2 00 Cr. 49 (KMW), before the Honorable Kimba Wood. The trial had earlier been scheduled start on May 21st but was later adjourned to start on July 23rd. I represent the lead defendant in this case who has been charged with mail and wire fraud, and money laundering. There are also forfeiture counts charged in the indictment.

3.    Based on statements made to Judge Wood during pretrial conferences it appears that the trial will continue though the week of August 27th. I anticipate that the trial will conclude by September 7th.

4.      I most respectfully request that this matter be adjourned to a calendar call for the week of September 3rd with trial to follow thereafter. In the event the Mintus case does not go forward as scheduled on July 23rd I will notify the Court and all counsel immediately.

WHEREFORE, for good cause shown, undersigned counsel request that this Court grant this motion for continuance.

Respectfully submitted,

Kerry A. Lawrence, Esq.
BRICCETTI, CALHOUN & LAWRENCE, LLP
81 Main Street, Suite 450
White Plains, New York 10601
(914) 946-5900 (telephone)
(914) 946-5906 (fax)

By: _Kerry A. Lawrence_
Kerry A. Lawrence, Esq.

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing was served on the below listed attorneys of record for the parties in this case via facsimile and pre-paid United States mail. The United States Attorney's Office was served via facsimile and pre-paid United States mail this 7th day of July, 2001.

AUSA Michael J. Dittoe
United States Attorney's Office
Southern District of Florida
500 E. Broward Blvd., Ste 700
Ft. Lauderdale, FL 33394-3002

William J. Hunt, Esq.
155 Polifly Road, Suite 200
Hackensack, New Jersey 07061

Howard M. Srebnick, Esq.
Black, Srebnick, & Kornspan
201 South Biscayne Blvd.
Suite 1300
Miami, Florida 33131

Bruce Zimet, Esq.
One Financial Plaza, Ste. 2612
Ft. Lauderdale, Florida 33394


_____
Kerry A. Lawrence