UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

HONORABLE UNGARO-BENAGES

COURTROOM MINUTES

Case No. 00-6088-cr-UU  Date: 8/9/01
Style: U.S.A vs. Miutc et al
Pl/AUSA: M. Dittoe
Defense Counsel: H. Srebnick et al.
Reporter: Wm Romanishin  Deputy Clerk: K Heirlay

Status Conference/Hearing on Motion: Trial date remains firm — Gout agreed to turnover subpoena'd records — Discussion on wiretape issue & objections

Hrg to Continue on 8/21/01 @ 3PM

Calendar Call _____ Trial Set/Reset for _____

TRIAL MINUTES:   BENCH/JURY   VOIR DIRE HELD _____

JURY TRIAL BEGINS _____   TRIAL HELD _____ DAY # _____

TRIAL ENDS _____

DEFENDANT: REMANDED/ACQUITTED   SENTENCE DATE _____

MISCELLANEOUS NOTES TO DOCKET CLERK: _____