UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

UNITED STATES OF AMERICA,　　　　　　　　CASE # 00-6088-CR-UUB
　　　　　　Plaintiff,

v.

MARCO MINUTO, ET AL.,
　　　　　　Defendant.

## OBJECTIONS TO PSI REPORT

Chris Greco objects to Paragraph 18 of the PSI Report which states that Mr. Greco "worked directly with Marco and Joseph Minuto in bookmaking operations at the New York Office." Mr. Greco was **never** at the New York Office. Moreover, he never earned any money from the charged bookmaking operation and never took or placed any bets. As stated in his statement previously provided to the Probation Department, see Paragraph 24 of the PSI Report, his criminal responsibility here related to his having brought money on a very few occasions to Florida to his father in-law knowing that the money represented money involved in illegal gambling.

As a result the foregoing, it appears that Mr. Greco should be afforded a reduction in his adjusted guideline offense under Guideline § 3B1.2. Although he may qualify for a 4 level reduction for being a minimal participant, see § 3B1.2(a) and Application Note 2, he certainly

appears to qualify for either a 3 or 2 level adjustment otherwise.

Respectfully submitted,

BRICCETTI, CALHOUN & LAWRENCE
81 Main Street, Ste. 450
White Plains, New York 10601
Ph: (914) 946-5900
Fx: (914) 946-5906

By: *Kerry A. Lawrence*
KERRY A. LAWRENCE
Attorney for Chris Greco

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing was served on the below listed attorneys of record for the parties in this case via facsimile and pre-paid United States mail this 20th day of November, 2001.

AUSA Michael J. Dittoe
United States Attorney's Office
Southern District of Florida
500 E. Broward Blvd., Ste 700
Ft. Lauderdale, FL 33394-3002

William J. Hunt, Esq.
155 Polifly Road, Suite 200
Hackensack, New Jersey 07061

Howard Srebnick, Esq.
201 S. Biscayne Blvd. Ste 1300
Miami, Florida 33131

Bruce Zimet, Esq.
One Financial Plaza, Ste. 2612
Ft. Lauderdale, Florida 33394

Mr. Silas Sauders
U.S. Probation Office
300 N.E. First Avenue
Miami, Florida 33132

Respectfully submitted:

_____
KERRY A. LAWRENCE, ESQ.
Attorney for Chris Greco