UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

UNITED STATES OF AMERICA,                    CASE # 00-6088-CR-UUB

           Plaintiff,

    v.

MARCO MINUTO, ET AL.,

           Defendant.

## MEMORANDUM IN AID OF SENTENCING

It is respectfully requested that the Court find that Chris Greco's adjusted offense level is 8 and sentence Mr. Greco to a term of probation and impose a nominal fine if the Court finds that imposition of a fine is necessary.

We have previously objected to the Probation Department's Presentence Investigation Report solely for its failure to afford Mr. Greco a role adjustment for being a minimal or minor participant in the Minuto gambling business. As set forth in that objection, we objected to Paragraph 18 of the PSI Report which states that Mr. Greco "worked directly with Marco and Joseph Minuto in bookmaking operations at the New York Office." Mr. Greco was **never** at the New York Office. Moreover, he never earned any money from the charged bookmaking operation and never took or placed any bets. As stated in his statement previously provided to the Probation Department, see Paragraph 24 of the PSI Report, his criminal responsibility here related to his having brought money on a very few occasions to Florida to his father in-law knowing that the money represented money involved in illegal gambling.

As a result the foregoing, we ask the Court to find that his adjusted role offense is level 8.

1

If the Court determines that Mr. Greco's offense level is 8, he is eligible for straight probation, without the need to serve some amount of home confinement as part of that probation. If despite our objections the Court finds that no role adjustment is warranted, then we ask the Court to at least take Mr. Greco's minor role in this offense into account and find that he should be sentenced to a term of probation with 6 months of home confinement as a condition of that probation.[1] Home confinement would enable Mr. Greco to remain with his family and preserve the business that he was worked so hard to develop and maintain.

Attached to this Memorandum is a Sentencing Report and Evaluation prepared at counsel's request by the National Center on Institution and Alternatives ("NCIA"). Although the Presentence Investigation Report prepared by the Probation Department details some of Mr. Greco's personal background, the report prepared by NCIA detail much more thoroughly Mr. Greco's personal background, family dynamic, as well as the reasons why incarceration for any amount of time would have a very devastating impact on Mr. Greco and his family.

The NCIA report also attaches several meaningful and heart felt expressions of family members and friends and business associates that show that Chris Greco is a wonderful human being despite his having committed the offense at issue in this case. Although every letter being submitted on behalf of Mr. Greco is important and warrants the Court's consideration and review, we ask the Court to pay close attention to the letter from Mr. Greco's wife Nyliene.

---

[1] I have attempted to determine in advance of submission of this Memorandum what the Government's position at sentencing is going to be on the role adjustment, but A.U.S.A. Dittoe has not responded to me with what position he will take.

Based on the findings and recommendations of NCIA we ask the Court to sentence Mr. Greco to probation.

Respectfully submitted,


BRICCETTI, CALHOUN & LAWRENCE
81 Main Street, Ste. 450
White Plains, New York 10601
Ph: (914) 946-5900
Fx: (914) 946-5906

By: _____
KERRY A. LAWRENCE
Attorney for Chris Greco



**NCIA**
NATIONAL CENTER ON INSTITUTIONS AND ALTERNATIVES
3125 MT. VERNON AVENUE
ALEXANDRIA, VIRGINIA   22305

# SENTENCING REPORT

*For*

## CHRISTOPHER CHARLES GRECO

### DOCKET NO. 00-6088-CR-UNGARO-BENAGES

SUBMITTED TO:

THE HONORABLE URSULA UNGARO-BENAGES
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

NOVEMBER 2001

# NCIA

NATIONAL CENTER ON INSTITUTIONS AND ALTERNATIVES

JEROME G. MILLER
PRESIDENT
HERBERT J. HOELTER
DIRECTOR

CONFIDENTIAL

November 26, 2001

The Honorable Ursula Ungaro-Benages
United States District Judge
Southern District of Florida
301 North Miami Avenue, 11th Floor
Miami, Florida 33128

RE:    **United States v. Christopher Charles Greco**
       **Docket No. 00-6088-CR-UNGARO-BENAGES**

Dear Judge Ungaro-Benages:

At the request of his attorneys, the National Center on Institutions and Alternatives (NCIA) has prepared this sentencing report and evaluation on behalf of Christopher Charles Greco, who is scheduled to be sentenced in the United States District Court for the Southern District of Florida on November 30, 2001. This report is offered to provide the Court with information relevant to the individual background of Mr. Greco in accordance with 18 U.S.C. §3661,[1] to evaluate the instant offense, and to identify potential grounds for mitigation under the Federal Sentencing Guidelines. Finally, this report suggests and appropriate sentence for Mr. Greco.

NCIA has operated since 1977 as a 501(c)(3) corporation. The organization is a major national provider in the field of correctional services. Operations include sentencing services to courts and attorneys, secure units for juvenile offenders and residential living units for offenders with special needs. NCIA also provides master planning and needs assessment to state and local governments facing institutional overcrowding and intensive supervision programs and polices. A more complete organizational profile is appended to this report as Appendix A.

---

[1] 18 USC §3661 provides that "[n]o limitation shall be placed on the information concerning the background character, and conduct of a person convicted of an offense which a court of the Untied States may receive and consider for the purpose of imposing an appropriate sentence."

3125 MT. VERNON AVENUE • ALEXANDRIA, VIRGINIA 22305
TELEPHONE: (703) 684-0373 • FACSIMILE: (703) 684-6037
E-MAIL: ncia@igc.apc.org
WEB SITE: http://www.ncianet.org/ncia

*The Honorable Ursula Ungaro-Benages*
*November 26, 2001*
*Page 2*

We hope that this information assists the Court in sentencing Mr. Greco with full knowledge of his personal history and the facts and circumstances surrounding the offense. Should you have any questions or concerns, please do not hesitate to contact me at (703) 684-0373, ext. 12.

Sincerely,

Joel A. Sickler
Director, Client Services

EJ Hurst II
Senior Case Developer

cc:    Michael Dittoe, AUSA
       Silas S. Saunders, USPO
       Kerry A. Lawrence, Esquire
       Christopher C. Greco

# TABLE OF CONTENTS

I.     OVERVIEW ..................................................................................................................1

II.    PERSONAL BACKGROUND .......................................................................................1

III.   SUMMARY ASSESSMENT AND SENTENCING RECOMMENDATION.............................7

APPENDICES
      A.  Organizational Profile
      B.  Character Letters

## SENTENCING REPORT FOR CHRISTOPHER CHARLES GRECO

### I.    OVERVIEW

Christopher Charles Greco (36) stands before this Honorable Court having pleaded guilty to one count of conducting an illegal bookmaking business, in violation of 18 U.S.C. § 1955. Mr. Greco stands before the Court and his family having accepted responsibility and expressed remorse for his aberrant unlawful conduct. Mr. Greco and his wife, Nyliene (34) share both financial and, more importantly, familial responsibility for their two school-aged children and eleven-month-old son. Mr. Greco owns and operates a New York-based landscaping business that he created from nothing when he was just twenty-years-old, and that now employs five persons year-round. Like his brother-in-law Joseph,[1] Mr. Greco's personal and professional reputations endear him to family, friends, and his entire community. Pursuant to the PSR completed by the USPO, Mr. Greco's offense level is ten with a Criminal History Category of I, resulting in a Zone B sentencing range of 6-12 months incarceration. Given the facts and circumstances of the instant offense, however—especially that Mr. Greco's only involvement in the offense concerned transporting monies between New York and Florida, and that such ferrying occurred only on a few occasions—Mr. Greco would appear entitled to a mitigating role downward adjustment pursuant to U.S.S.G. § 3B1.2. Any adjustment under § 3B1.2 would drop Mr. Greco's total offense level into Zone A of the Sentencing Table, and enable the Court to render sentence of pure probation.

Any term of imprisonment will result in grave and irreparable damage to his family, as well as to his business and employees. NCIA respectfully recommends this Honorable Court grant Mr. Greco at least a minor role downward adjustment pursuant to §3B1.2, and sentence him to a term of probation alone. If the Court determines no such downward adjustment is appropriate, NCIA respectfully recommends a sentence to probation that includes a period of home confinement, so that he may continue to fulfill his personal and professional obligations while remaining available to his young family.

### II.    PERSONAL BACKGROUND

Christopher Charles Greco was born to the marital union of Leonard and Joan (nee Tanzen) Greco in Bronx, New York on July 7, 1965. Chris is the second of four children. His older brother Leonard (38) is a jeweler who resides in Cape Coral, Florida with his wife and twin eight-year-old children. His younger sister Gina Sankoe (35) is a housewife living in Sarasota, Florida with her husband and two young sons. Chris' youngest brother, Michael (28), is a bachelor living in Orangeburg, New York and working as a foreman for Chris' Rockland Tree Service.

Chris and his wife Nyliene (nee Minuto) currently live in Mahwah, New Jersey with their three sons. The eldest, Christopher Charles Junior (6), attends first grade at Saddle River Day School. Middle child Joseph Anthony (5) also attends Saddle River Day School as a

---

[1] Joseph Minuto is a co-defendant in the instant offense.

kindergartner. The baby, Vincent Michael, is eleven-months-old and just recently learned to pull himself to standing position. Chris supports his family with his small business, Rockland Tree Service, which he began at age 20.

Chris was raised in middle-class Monsey, Rockland County, New York. His father, Leonard (51), owned a small construction company until the early 1980s. Leonard is the third of four children born to Charles and Margaret Greco in a blue collar Bronx neighborhood. Just as he taught his son Chris, Leonard learned early how to create work for himself by remaining willing to do any odd job. Neither Leonard nor Chris are particularly close the Russell, the eldest of Leonard's siblings, but both retain a close relationship with sisters Gloria Calabro and Charlene Whitesner and their respective families.

Chris' mother, Jane (nee Tanzen) (58), was born October 1942 in Queens, New York, to Alex and Helen Tanzen. Alex, wounded as a young Marine during the Allies' invasion of Iwo Jima, returned to New York after his convalescence and became a leather wright, while Helen stayed home to care for their daughters. Jane's only sibling, sister Arlene, currently lives in California.[2]

Leonard and Jane met before high school, and after completing their secondary education the sweethearts decided to marry. After laboring for others in the construction field for several years, Leonard decided he could better provide for his growing family by opening his own contracting firm. Leonard operated his business until he took a position as real estate agent and moved the family to Cape Coral, Florida in about 1982, until. Leonard traveled from project to project with his employer for nearly two decades, but in about 2000 decided to forgo the travelling and resigned. He now supports himself and Jane as a limousine driver. Even today, Leonard provides his children a living example that hard work and devotion are the most important things in life.

At about age 4, Chris' family relocated from the Bronx to a high ranch house in middle-class Monsey, New York.[3] The Grecos remained close to their extended family of course, visiting for holidays and reunions. Every summer the Grecos joined with aunts and uncles and cousins to rent campers bound for Lake George, New York or renting a beach house on the Jersey Shore for the annual family getaway. "It was a whole big thing," Chris recalls. "We had a good time."[4]

Leonard and Jane emphasized unity in their home as well. Every night the family ate dinner together, discussing each other's days. Leonard would take the children hunting and attend games and practices, while Jane "did everything with us." Courtesy Leonard's work contacts, hockey fanatic Chris even met several contemporary New York Rangers

---

[2] Chris has never met his Aunt Arlene.
[3] The Grecos would remain in Monsey until their Florida relocation.
[4] This quotation and those that follow were extracted from personal interviews conducted by NCIA or from character letters submitted to the Court by family, associates, and friends. Supporting letters are attached at Appendix B.

in his home. Chris and his siblings learned early and well that family is the most important thing in life.

Chris completed primary school at Grandview Elementary, then graduated to Pomona Junior High. His grades were average, but he supplemented satisfactory academics with above average deportment and found himself with many friends. Realizing from about age seven that his own money meant independence, Chris created his own income by doing whatever odd jobs he could find. "He always had a job," recalls his aunt, Charleen Weitzner, "whether it was raking leaves for people in the neighborhood [or] shoveling snow in the bad weather." Money was not Chris' only motivation, though—sometimes he worked hard simply out of the goodness of his heart. As his Aunt Charleen continues, "During the winter, after a snowstorm, I would wake up in the morning to find my driveway plowed."

Just as important to young Chris as school and work was ice hockey. From age seven he participated in local rink leagues and pickup games, and by the time he moved to Ramapo High School he and several of his colleagues wanted to establish a school hockey squad. Funding was unavailable, though, and Chris was forced to content himself with rink leagues until he moved to Florida. Though he remembers showing real refinement as a quality center by the time he was seventeen, Chris had to stop playing because "there just weren't any hockey rinks in Florida back then."

In addition to his athletic prowess, Chris began to hone his work ethic from an early age. He was only 14-years-old when he took a shop assistant's position with a local butcher known as Beef King. Chris remained there a year, leaving for a short stint with a fast-food restaurant called Chicken Unlimited. Not happy with the fast-food industry, Chris secured an infinitely more suitable job at the Sportorama Ice Rink. He worked the rental desk, performed basic maintenance and custodial duties, patrolled as a skate guard, and finished any and every task assigned by his supervisors. "I just did whatever needed to be done," Chris remembers.

Chris loved the Sportorama job and remained there for the better part of two years, finally resigning only when he moved to Florida. Meanwhile, Chris supplemented his Sportorama income as a spot landscape laborer. Chris learned early from his father's example that hard work pays not only cash for the bills, but also independence and dignity.

The Grecos moved to a middle-class Southern Florida neighborhood the summer before Chris' twelfth-grade year. In short order he had not only enrolled to finish his secondary education at Cape Coral High School, but had also found a better paying job than he had ever held. The Naples-Ft. Meyers Kennel Club, a local dog racing track, held two meets each year lasting a total of about eight months. Chris landed a job as valet, parking and retrieving cars at a full sprint. "I was really in shape then," Chris recalls. "We figured it out once, and we each ran about ten miles in a five- or six-hour shift." Chris usually worked nine of those shifts weekly, one shift nightly during the school year and double

shifts on the weekends. When the dust settled and Chris finally relaxed, he earned about $600 every week as a high school senior.

Even with his hectic if lucrative work schedule, Chris maintained satisfactory grades and graduated from Cape Coral High in June 1983. Almost immediately after graduating Chris returned to New York and moved in with his paternal grandparents Charlie and Margaret. He paid his grandparents some rent, but mostly worked for his room by doing basic maintenance and yard work, bringing home groceries, and doing anything else his elders asked. Chris also became a laborer with Pete DiChiaro's North American Tree Service, and began his study of the landscaping trade. Chris was industrious and ambitious, and after two years at North American he was ready to take the risk of starting his own business. With Pete's blessing and essential business advice, Chris bought some machines and opened the doors to Rockland Tree Service.[5] The 20-year-old's work ethic and self-confidence—and Pete DiChiaro's selfless help—paid near immediate dividends, as Chris found enough customers to keep him busy two full days each week.

Busy as Chris was with his fledgling enterprise, he also managed to maintain a social life. While in a disco one night in 1984, he met a seventeen-year-old Nyliene Minuto, with whom he had attended Ramapo High. Though Chris was two years older and the pair had circulated within different social circles, they recognized one another immediately and were soon talking. Before the evening was out Chris made sure he had a date with young Nyliene the next weekend. From that chance meeting came a seven-year courtship and, on November 23, 1991, a marriage so solid that not even Chris' present legal difficulties have shaken its foundation.

All new businesses start slow, and Rockland Tree's early days were no different. Two full days per week simply were not enough to pay all Chris' bills, and he needed part-time work. Nyliene reintroduced Chris to her brother, Joseph Minuto, who helped operate Oak Point Ice Company. Joseph had also been at Ramapo High with Chris, though he was several years older than the young Greco and the two did not socialize. The pair quickly found common ground, and Joseph gave Chris a part-time job with the ice company to supplement his fledgling landscaping business.

Within one year, Rockland Tree had earned enough clients to keep Chris busy three or four full days each week. By the time Chris was 22-years-old, his enterprise consumed six to seven days of the week. With the blessing of another boss, Chris stepped out on his own. Leaving the ice company did not mean leaving brother-in-law Joseph Minuto, though. "We're like brothers," Chris reflects. "Actually, we're better than brothers."

Within three years, Chris had grown Rockland Tree Service so well that he was happily forced to begin hiring employees. Today Rockland Tree employs four to five employees, depending on demand and the season. "I do whatever I can to keep them busy," Chris says, "otherwise, of course, they'll leave for other work." Thus Chris works his business

---

[5] The company is actually licensed under the name "Cross County Landscape and Tree Service, d/b/a Rockland Tree Service." It was incorporated in New York in 1995 as "Cross County Landscape and Tree Service, Inc."

every day he can, either landscaping or doing tree work or removing snow, pausing only in January and February when deep freeze prevents any but the most necessary outdoor labor.

His work ethic has paid Chris not only with a successful business, but also with an outstanding professional reputation. "All of the tree work that comes my way, I automatically pass on to Chris," says landscaper Jodi Santumo. "[T]he level of professionalism and fairness that my customers receive from him assure me that there would be no other company that I would personally recommend."

"When I am on a jobsite, if I need a tree removed from the premises Chris is always right there to help me," notes Gavin Miele. "He is very reliable and my jobs stay on schedule due to his work ethic." Wayne Hanson agrees, adding that Chris' "response to my needs, and his fairness in price has always served him (and in turn, me) well." Chris' highest professional praise perhaps comes from Michael Yeager, co-owner of Hickory Hollow Landscapers,[6] who says:

> We do very high quality residences and are very picky. It is important that the work is done professionally and on a timely basis. Chris Greco is a true scientist. Since he has been doing my trees we have had significantly lower losses. He is always there when my customers need him, especially in an emergency. He has never embarrassed me.

This is high praise indeed from a firm of Hickory Hollow's stature, and a landscaper of Michael Yeager's interstate reputation.

Just as Chris adopted the strong work ethic he learned as a boy, so did he adopt the belief that nothing in the world is more important than family. Chris, Nyliene, and the boys try to eat together every night, with the only exceptions occurring on nights Chris must work late. Nyliene reads to the boys every night, and Chris reads as well two and three times per week. Every Sunday the family goes to Mass at St. Gabriel's in Saddle River, then attends a dinner with one member or another of the extended family. "Sunday's are pretty much family days," says Chris, who takes pains to spend as much time with his sons as possible. "Those boys mean the world to Chris," Nyliene states, "and their daddy means the world to them. . . . Sometimes he tells me when he is having a bad day and he sees me and the children smiling it makes him happy."

Chris Junior and Joseph often spend their Saturdays working with their father, and loving every minute of it. When asked how helpful his boys are during these outings Chris sings praises, especially for his oldest son. "It's incredible," Chris says, "I've never seen anything like it before in my life. I actually have to tell him to sit down and eat. He loves to work." Family friend and fellow landscaper has watched Chris Senior and Chris

---

[6] Hickory Hollow Landscapers is considered one of the best landscaping firms in the Metro/Tri-State area. It handles multi-million dollar landscaping jobs, including projects for the Arrow-Staples Corporation and Rockefeller Center.

Junior working together. "His son dresses in a uniform like that of his Dad's. Chris is always so proud to have his son along with him."

Work is not all the Greco boys do with their father, however. They, like their father, love ice hockey and are already learning the game's fundamentals. They also play tee-ball, soccer, and basketball, and both the elder boys are already showing signs of having inherited Chris' athletic prowess. Chris loves to watch them play, even taking off work when he can. Without fail, though, Chris leaves work whenever a school function like teacher conferences or the first day of class calls his attention. "They really look up to me right now," Chris recognizes, "and since they know that their school is important to me, it's important to them."

The only young Greco not in school, baby Vincent, is still learning at perhaps even a faster pace than his brothers. "He eats like a horse right now," Chris loves to say. "He's also started pulling himself up, and he can walk behind a toy or something to prop him up. It's really amazing to just sit and watch him sometimes." In even a short conversation with Chris Greco, one quickly discovers his favorite topic is his family.

As much as he loves to talk about his boys, Chris finds it hard to talk about his own generosity. "He helps everyone and really doesn't think he's helping," says Nyliene. "He just thinks it's supposed to be done." However Chris sees his giving, he is perhaps the only one who sees his activities as normal, rather than above the call of duty. "He is a unique blend of natural ability, common sense, congeniality and sincerity," says Christine Minuto. He is completely loyal and totally trustworthy. Chris has been an excellent role model for my two children."

When Lindsay Yeager's cat had been trapped eighty feet up a tree for three days, Michael's hysterical daughter called Chris. Though he "got pretty scratched up" in the rescue, Chris safely reunited the cat with its tearful little girl. When his grandfather was ill, Chris drove two hours out of his way to bring the patriarch his favorite pastries. When Nyliene's cousin needed help during a family crisis Chris "without hesitation" agreed with Nyliene to open the Greco home to the cousin's infant daughter. Notes friend and former colleague Nicholas Gesuele:

> Chris is always the first to participate in local fundraisers
> and charitable events, such as golf outings funding the Rita
> Foundation, which is a children's cancer research group,
> and the Spring Valley Lions Club funding various other
> foundations.

Chris' interest in battling childhood cancer is personal. When his friend Billy lost a three-year-old son to bone cancer, Gavin Miele says "Chris took this loss hard and as if it was one of his own children." Since little Liam passed away, Chris has taken any childhood cancer hard, and does everything he can to help eradicate it. In loving his own family so much, Chris Greco understands the loss other parents sometimes suffer.

### III.    SUMMARY ASSESSMENT AND SENTENCING RECOMMENDATION

Mr. Greco understands he made a grievous error in committing the instant offense. He has accepted responsibility for his conduct, expressed remorse, and now is ready to pay for his mistake. Mr. Greco's family and community also stand to lose, though, should he be imprisoned for their conduct. NCIA hopes this report illuminates for the Court Mr. Greco's true character, and illustrates for the Court the value of leniency during the instant sentencing.

Mr. Greco devoted his entire life to not only his highly-developed work ethic, but also to the simple truism that nothing in the world is more important than family. He learned these things from his father and now, with children of his own, he truly appreciates their values. Mr. Greco has to date rarely missed a ball game or the nightly meal with his sons and wife, never missed a school-related function, and values his time with his sons so much that he takes the oldest two to work with him when he can. His sons, in turn, idolize their father and, by his example, are developing the same beliefs his father taught him a generation ago. It is perhaps his devotion to his family that instills the deepest remorse, as his wife Nyliene observed: "I realized how sorry he was when my third child was born, he came to me and said I can't believe I may [have] missed this...how would I ever forgive myself."

The baby cannot yet work with his father, but is quickly learning to stand by himself and soon will take his first steps and speak his first words. Baby Vincent is in a crucial and lightning-fast developmental stage, and he needs his father with him to maximize his growth and set the stage for even more and better development. Moreover, Mr. Greco's wife Nyliene needs not only his help raising their boys, but she also needs the emotional support that only he can provide for her.

Just as Mr. Greco's young family depends upon him, so does his business and his five employees. Since age twenty Mr. Greco has invested himself completely in Rockland Tree Service, and has grown the business from nothing to one of the most highly respected tree and landscape firms in the Rockland County-area. Mr. Greco's presence and personal and professional reputations were essential to its development, and remain essential to Rockland Tree Service's continued existence.

Finally, Mr. Greco's role in the instant offense was minimal, consisting only of transporting monies between New York and Florida. Mr. Greco never received any style of remuneration for these trips. Nor did he ever enter any gambling parlor or place any bets. While he knew transporting gambling proceeds was unlawful, and has admitted to his conduct, he also limited his participation in the instant offense to solely transportation, and only on a few occasions. As such, NCIA submits that Mr. Greco is entitled to a downward adjustment for playing either a minimal or minor role in the

instant offense pursuant to U.S.S.G. § 3B1.2.[7]  If even the minor role adjustment is adopted, Mr. Greco's total offense level becomes 8.  This then puts his level in Zone A of the Guidelines' Sentencing Table, which calls for a sentence between 0 and 6 months, and allows the Court to impose a sentence of straight probation.

NCIA respectfully submits that any period of incarceration for Mr. Greco would not only exceed the punitive and rehabilitative effects sought by the Sentencing Guidelines, but would unnecessarily jeopardize both his family's continuity and his ability to provide financially for them with his small business.  As such, the Guidelines' goals would seem best served by a sentence to probation alone, or probation accompanied by the shortest period of home confinement available under the determined sentencing range.

Even if the Court adopts the USPO's recommended offense level, Mr. Greco's Guideline sentencing range[8] lies in Zone B.  U.S.S.G. §§ 5B1.1(2) and 5C1.1(c)(3) allow a minimum term of incarceration within Zone B to be satisfied by "a sentence of probation that includes <u>a condition or combination of conditions that substitute . . . home detention for imprisonment</u> [emphasis added]."

Given his extremely limited role in the instant offense, along with the detrimental effects his incarceration would have upon his family and his business, NCIA respectfully recommends the Court sentence Mr. Greco to a period of straight probation.  In the alternative, NCIA respectfully recommends the Court sentence Mr. Greco to six months probation with mandated confinement to be satisfied by home detention allowing work release.  Such a sentence, while still seeming excessively punitive under the circumstances, would meet the Guidelines' goals of punishment and rehabilitation while leaving Mr. Greco in the home and at work without interruption to provide financially and emotionally for his wife and small children.

---

[7] The mitigating role adjustment delineated at § 3B1.2 decreases the total offense level from two (minor role) to four (minimal role) levels.  NCIA understands Mr. Greco will also make this argument during his sentencing hearing.

[8] The USPO has recommended an offense level of 10 with a Criminal History Category of I, making his sentencing range in Zone B at 6 to 12 months.

## NATIONAL CENTER ON INSTITUTIONS AND ALTERNATIVES

*The National Center on Institutions and Alternatives (NCIA) has operated since 1977 as a 501(c)(3) corporation. The organization is a major national provider in the field of private correctional services. Operations include sentencing services to courts and attorneys, secure units for juvenile offenders and residential living units for offenders with special needs.*

*NCIA also provides master planning and needs assessment to state and local governments facing institutional overcrowding; mental health counseling to adult and adolescent sex offenders and their families analysis of pretrial, early release, and intensive supervision programs and policies; and, research and consultation on jail suicide and suicide prevention. Other services include a state-of-the-art program to monitor offenders on home detention, a family preservation initiative, and training.*

### PROGRAMS AND SERVICES

***Professional Sentencing Services*** — Since 1979, NCIA has been the industry leader in providing alternative sentencing and post-conviction services to defense attorneys and courts. Under the trademark "Client Specific Planning" (CSP), the Center developed and refined a service which provides client-based information and specific, creative programs for clients and their attorneys for use at sentencing and parole hearings. NCIA has prepared over 10,000 individual cases for 75 of the 95 Federal District Courts and to state and county courts in all 50 states, plus the District of Columbia. NCIA also provides an array of mitigation services in capital cases.

***Public Policy Research and Analysis*** — NCIA maintains a staff of researchers and public policy analysts to study current criminal and juvenile justice trends and issues and to propose effective, alternative public policy for consideration by elected officials. Currently NCIA is sponsoring the Coalition for Federal Sentencing Reform, a project to review the ten-year experiment with the federal sentencing guidelines to see if they are accomplishing the goals set by Congress, and to propose needed reforms. Prior to this, NCIA sponsored the National Criminal Justice Commission, that issued a report in 1996 entitled *The Real War on Crime*, published by HarperCollins.

***Alternative Living Units*** — Over the past seven years, NCIA has developed and implemented a unique residential program for developmentally disabled offenders. Alternative Living Units (ALUs) are apartments rented in residential complexes which are staffed with 24-hour/day awake supervision and supported by professional service providers during daytime hours.

***Mental Health Counseling*** — The Augustus Institute, a mental health project of NCIA, under the clinical direction of Dr. Jerome G. Miller, has been offering assessment and treatment of individuals with sexual disorders, compulsions and paraphilias since 1987. Through its professional staff of clinical social workers, psychologists and psychiatrists, The Augustus Institute provides psychosocial evaluations and therapy for both adolescents and adults, families and victims of sexual abuse. Services include psychological testing and penile plethysmograph assessments, individual therapy, group therapy, family treatment and case management. Other outpatient services include violent, aggressive and assaultive behavior therapy, domestic violence counseling, and sexual abuse victims therapy. Dr. Miller is a psychiatric social worker with more than 30 years of clinical experience.

***Jail Suicide Prevention*** — Since 1986, in partnership with the National Institute of Corrections, NCIA has acted as the National Coordinator of the Jail Suicide Prevention Task Force. The project conducts jail suicide prevention seminars; provides technical assistance materials to state officials and individual jail facilities; and, disseminates a quarterly newsletter (*Jail Suicide Update*). The project has developed a training curriculum on suicide prevention in jails and collects data from county jails, city jails and police lockups on the incidence of suicides.

**Nyliene A. Greco**

**250 E. Crescent Avenue**

**Mahwah, N.J. 07430**

November 15, 2001

The Honorable Ursula Ungaro-Benages
United States District Court
301 North Miami Avenue, 11th Floor
Miami, Florida 33128

To The Honorable Ursula Ungaro-Benages :

My name is Nyliene Greco  I am the wife of Christopher Greco and the mother of three boys.  I am also the daughter of  Marco Minuto and Sister of Joseph Minuto.

I felt I should write you to let you know how  sorry my husband is for the mistake he made.  There have been numerous times since the bang at our door from the FBI that my husband has apologized for causing this  much worry and disruptiveness in our lives.  The first  thing that  stands out in my mind is that morning at our home when he was arrested all he kept on saying over and over was take care of yourself and the baby meaning our unborn child and the boys.and that I should'nt worry about him he will be fine as he was holding back tears.  The next time I realized how sorry he was  when my third child was born, he came to me  and said I can't believe I may of missed this how would I  ever forgive myself and now to think I may miss his first words, steps, birthday and he said to me I'm so sorry I  will never put our family at jeopardy again.  And my last thought , why I think he is so remorseful is because when all the children are in bed he will just sit on the couch and think and think after a while I ask him what he is thinking about and he says I just can't wait until this whole mess is all over  so we don't have to worry about my future and start making plans again for our family.

Your Honor , as for what type of husband Chris is he is not perfect but no one person is. I feel fortunate to have him as my husband and my friend.  To try and let you know how loving and caring he really is one day I asked him to leave a job because I had something very important I had to ask  him, without hesitation he told me that it would be alright  if we took my cousins infant daughter to live with us .  For six months she stayed with us we loved her like she was our own and cared for her just the same she is know longer living with us but till this day we still say to one another we miss having her hear.  He always makes it a point to set aside some time just for us to go to a movie or out to dinner. Sometimes he tells me when he is having a bad day and he sees me and the children smiling it makes him happy.  Also Chris is a very modest person he never thinks he helps anyone because to Chris, if you are a family member or even a friend and you were to ask him to help you with anything he is right there to lend a hand and never to think twice about it and by know means would he ever say you owe me one. He just thinks that he owes it to the relationship of who ever it is.  He also has two friends that came to him to talk about there having marriage problems and he was there for them to listen to and to try and give some good advice that would help them stay strong.  Chris is the type of person you want with you though good times and bad because he hangs in there with you until the end.  That's one of the reasons why I love him as much as I do.  Chris does not even like to be away from the children and

myself for a long period of time because he says, he is to busy thinking of us that he hardly enjoys himself.

As for a father he tries to spend as much time with his children as he possibly can. He will take them to school on occasion. He never missed a parent teacher conference even the ones in pre-school even if he had to rearrange his day. He never missed a concert or ball game he is always there on the side lines waiting for the boys to look over so he can give a thumbs up so they know how proud we are of them. He will even on occasion give them baths and do book and prayer time. He also has boys only day out and they go on nature walks which the children just love. Two very important things to Chris as a father are the time he spends with them before school and to have dinner as a family every night. He knows their favorite colors, foods and even there music. He knows everything about them like he knows everything about me because he is part of our lives every hour of every day. For the baby to miss out on his love just when he is starting to get to know him and excited when he sees him in the mornings and when he comes home from work would be so unfair to him.

Your Honor I realize my father who we love very much will be gone from our lives for a long while except by a phone call or a visit which leaves me sad inside every time because I hear my children ask him when are you coming home Poppy and I know his answer is just pulling at his heart and that makes me sadder then I have ever been. Then to think my brother Joseph my have to go away for awhile who is another very important person in my childrens lives,he has been there since they all were born,and through freezeing cold soccer games and school concerts. We adore him, and he means the world to us and to have to tell the children they can not go to the truck stop to see him or call him on the phone just leaves me empty inside. I know this would break their little hearts. Now not to be able to see two of their most favorite people when ever they want will be changing thier lives enough. Then to not see their daddy when they wake in the mornings and to get kissed by at night, or looking for daddy at the side lines for his thumbs up and he wont be there will be the most devastating thing, that will probably alter their lives forever. For me, it will kill me inside not to have my husband who I've been with practically every day since I was seventeen. A part of me wont be complete with out him, and that too breaks my heart.

Enclosing, for all the years I know Chris, he really never needed to ask anyone for help he did pretty much everything by himself. Until now, he can use help from the court to give leniency to his mistake. .Within the last past year we both have learned a lot. The most important thing we learned is that as long as you have a healthy and happy family you have everything. Thank you for taking the time to read my letter.

Sincerely,

Nyliene Greco

The Honorable Ursula Ungaro-Benages
United States District Court
Southern District of Florida
301 North Miami Avenue, 11th floor
Miami, Florida 33128


November 5, 2001


To the Honorable Ursula Ungaro-Benages,

My name is Joseph Costanzo; I have been a resident of Rockland County,
New York for 33 years. I presently reside in Suffern, New York where I
own and operate a landscape, design-build firm.

I am writing this letter on behalf of Chris Greco. I am fully aware that
Chris has pled guilty to charges of gambling while I realize the
seriousness of this crime I also believe this to be an extraordinary
circumstance.

 Chris has been a good friend of mine for 12 years.  I know Chris to be a
family man, devoted husband and father. On several occasions Chris takes
his oldest son to work with him on Saturdays.  His son dresses in a
uniform like that of his Dads. Chris is always so proud to have his son
along with him. He consistently attends sporting events such as soccer,
hockey, and t-ball and is an extremely supportive father.  I also know
Chris to be a very compassionate and generous person, a friend of Chris'
lost a child to cancer and annually Chris attends the fundraisers for cancer
research in honor of the child. Chris attends his local parish as a devote
catholic and instills these values in his family.

Taking into consideration the prevalent behavior of Chris and the
devastation a strict sentence would place on his family I would like to ask
the court for leniency on the judgment of this case.

Sincerely,

Joseph Costanzo

November 16, 2001


The Honorable Ursula Ungaro-Benages
United States District Court
Southern District of Florida
301 North Miami Avenue, 11th Floor
Miami, Florida   33128

Dear Sir,

I am Uncle John to Chris Greco and have known him since birth. I have watched him grow up till this present time. In all of his life he has shown to be a hard working and caring person to his friends and family.

His elderly Grandparents were very poor and in need of family to help them. He was there for them. He went to them right away when they needed something. He was available to them living near by; shoveling snow from walks and driveways as he did mine also, and others members of our family. All at no asking and no charge on every snow fall. Grandma and Grandpa took him into live with them later, and he was a useful helping grandchild to them, maintaining their property and household chores.

As a young man he was very much liked by all; friends and family alike. He started in business at a young age, mowing lawns, which grew to be a three County wide landscaping and tree cutting service. Rockland Tree Service is his business, he climbs trees to cut upper parts and does all the physical work related to it. A large tree fell on my property damaging a large play gym of my grandchildren, he came cut and removed it, "no thanks needed" was his reply to my thanking him.

He is married to a wonderful woman and has three beautiful sons. He eats dinner with his family every night and helps to put the boys to bed. He is a terrific father, family man and husband. I visit his home occasionally and catch him playing with the boys. Its nice to see this unrehearsed. I have two sons, his cousins, they play together, bike riding, golf and helping each other, doing improvements and repairs at each others homes. Chris is a good and useful person and needed in this family setting.

His business Rockland Tree Service is totally dependent on his expertise and presence he quotes estimates for tree work to be done, for his clients and organizes the safety and delegation of work, for his operation in getting the tree work done.  Please consider that he has already realized his mistake in this affair of which he is guilty but mercy and leniency are needed for a good person, his growing family, growing business, and me his old Uncle John.

Thank you for your time

John Calabro

November 15, 2001

The Honorable Ursula Ungaro-Benages
United States District Court
Southern District of Florida
301 North Miami Avenue, 11th floor
Miami, Florida 33128

To The Honorable Ursula Ungaro-Benages,

My name is Gavin Miele, I was born in the Bronx, New York in 1964. I presently reside in Rockland County, New York, where I have been a resident for 36 years. I am a self-employed landscape/ contractor and I have been in business since 1986.

I write knowing Chris has pled guilty to charges involving gambling and realize this is a serious offense however I do believe Chris' involvement was not his normal conduct.

I've known Chris since we were 15 years old; we lived in the same town in Pomona, New York. I consider Chris a very good friend. I know Chris to be very much involved with his family. He takes his sons to their games and is a very encouraging father. I consistently ask Chris to play golf with me on the weekends but he tells me how important it is for him to spend time with his family. He will rent a camper for the weekend or just take his wife and kids for a hayride and pumpkin picking.

Chris has always been very helpful to me with my business. When I am on a jobsite, if I need a tree removed from the premises Chris is always right there to help me. He is very reliable and my jobs stay on schedule due to his work ethic.

Chris has been a very generous person. Unfortunately, a good friend of ours (Billy) lost his 3yr old baby to bone cancer. Chris took this loss hard and as if it was one of his own children. At the time of this tragic event, Chris was constantly helping Billy and his family. He has given a donation to the foundation that was set up by the family called the Liam fund.

Taking into thought the usual character of my friend Chris and the devastation a harsh sentence would have on his wife and children. I would like to ask the court to consider a lesser sentence.

Thank You,

Gavin Miele

To: The Honorable Ursula Ungaro-Benages                    11/5/01
    United States District Court
    Southern District of Florida
    301 North Miami Avenue, 11th Floor
    Miami, Florida 33128


        My name is Charleen Weitzner.  I am Christopher Greco's aunt.  I am
a housewife and a mother of two children.  I have known Christopher his
entire life.
        As a young boy, Christopher was always a hard working, and
determined boy.  He always had a job, whether it was raking leaves for
people in the neighborhood, shoveling snow in the bad weather.  He saved
his money, and when he was old enough, he bought a car.  The car gave him
the opportunity to work more often.  When he was a teenager his family
moved to Florida. He found work as a caddy in a golf course.  He managed
to save his money, move back to New York, and get his own apartment.  He
worked very hard to support himself and his new business.  He always was
there to help people who needed him, especially his family.  During the
winter, after a snowstorm, I would wake up in the morning to find my
driveway plowed.
        When my parents were alive Christopher moved in with them, taking
care of their property which included: mowing the lawn, raking the leaves,
and plowing the driveway during winter.  He also watched over them, which
took a lot of strain and responsibility off my siblings and me.  Just knowing
that he was in the house at night with them, made me realize that they were
safe.
        As I watch him grow into a husband and a father, I see how much he
loves his family.  He only wants his three sons to grow up to be good people.
If you met his three boys you would see how well a job he is doing.  I know
Christopher made a mistake, but in spite of what has happened I still feel he
is a good person, and realizes what is important in life.  If a problem comes
along for me where I need help from someone, I know Christopher will be
there for me.  I believe Christopher has learned his lesson, and is truly sorry
for any pain he has caused.

                        Sincerely,
                        Charleen A. Weitzner

The Honorable Ursula Ungaro-Benages
United States District Court
Southern District of Florida
301 North Miami Avenue, 11th Floor
Miami, Florida 33128

My name is Nicholas Gesuele and I am a Manager at a car dealership located in Rockland County, New York for the past nine years and a landscaper prior to that. I have resided in Rockland County for the past 24 years.

I am writing to you on behalf of Christopher Greco. I have known Chris for the past 15 years or so, working together in the landscaping business and having maintained a friendship ever since. To this date I still service his vehicles and help maintain equipment when needed.

I have come to know Chris not only as another landscaper, but also as a person, a friend, a father and husband. Chris is the kind of person who is always there when you need a helping hand. More than a dozen times he has offered his help to me, whether it be his equipment, vehicles, manpower from himself and his staff even if it meant putting his own work on hold. I personally never had the opportunity to see him playing with his children, but hearing him talk about them tells me just how much he truly loves and cares for his family. They are the light of his life. He participates in his children's activities, school events and camp activities. He is always bragging about the exciting events that happen in his children's lives. Chris is always the first to participate in local fundraisers and charitable events, such as golf outings funding The Rita Foundation, which is a children's cancer research group, and the Spring Valley Lions Club funding various other foundations.

I know Chris has pleaded guilty to the charges involving gambling. Knowing Chris the way I do, his involvement seems totally out-of-character. Yet recognizing the seriousness of the situation, I felt it my responsibility to write you this letter in hopes that it will help the court understand what a truly caring and loving person he really is to his family and friends. As a friend, I am asking the court to deliver as lenient a sentence as possible. A prison sentence would be traumatic for not only Chris, but his children and wife as well.

I thank you for taking the time to read my letter on behalf of Chris Greco and hope that it is helpful in making the courts decision.

Sincerely

Nicholas J. Gesuele

Post Office Box 268, Monsey, New York 10952

Monday, November 5, 2001

The Honorable Ursula Ungaro-Benages
United States District Court
Southern District of Florida
301 North Miami Avenue, 11th Floor
Miami, Florida 33128

Your Honor ,

My name is George Rohleder, I am 41 years old ,I am currently employed as the office mgr. for Chris Greco.I've been with him at this position with Rockland Tree Service for the past 8 years.

Although I've read and understand the charges and their severity, I feel it is my personal responsibility to write a letter like this on his behalf .

When I had first met Chris I had just gotten out of a failing business in the food service industry .At the time he offered me the job I was just trying to get back on my feet. His business experience and willingness to help was very instrumental in my quick recovery.We spent several hours sorting out my debts and creditors with him helping me initiate responsible and timely payment schedules.

As time passed we became friendlier on a social level also, I'll never forget the excitement in the family upon hearing the news of his wife, Nyliene, becoming pregnant for the first time. The first few weeks I thought we might have to widen the doorways at the office just to get his head through . Now here we are 3 sons later and he's still the proud father.

Chris's plead of guilty to the afor mentioned charges only reestablishes my belief in his ability to accept responsibility for his actions as a person and a business man. As I stated before these are very serious charges that do carry very heavy penalties . I would like to personally request that you  consider any leniency that you may see fit .

Thank You,

# CHEMSCAPE LAWN & SHRUB CARE
## P.O.BOX 679
## NEW CITY, NY 10956

The Honorable Ursula Ungaro-Benages
Unites States District Court
Southern District of Florida
3011 North Miami Avenue, 11th Floor
Miami, FL 33128

Dear Honorable Ungaro-Benages;

My name is Wayne Hansen, and I am co-owner of Chemscape Lawn and Shrub Care. I perform tree work in addition to chemical spraying of landscape materials. I have known Chris Greco for several years, as we are in direct competition with one another.

However, when I find that I cannot perform work for one of my customers, I immediately call Chris. His tree company handles very large jobs & has all the proper equipment. I do not hesitate to turn this work over to Chris, because his response to my needs, and his fairness in price has always served him, ( and in turn, me) well.

The turn of events of late has been completely out of character for him, and I can only hope that his conduct in the rest of his life is considered when contemplating his sentence.

Thank you for your time,

Sincerely,

Wayne Hansen, Co-Owner



*1047 Route 45*
*Pomona, New York 10970*
*(914) 362-0303*

*Ascape Landscape & Construction Corp.*

The Honorable Ursula Ungaro-Benages
Unites States District Court
Southern District of Florida
3011 North Miami Avenue, 11th Floor
Miami, FL 33128

Honorable Ungaro-Benages;

My name is Stuart Chaitin, and I am a personal and professional friend of Chris Greco. I am the owner of Ascape Landscape, located in the same county as Chris's tree company.

Chris and I have worked closely together for over 10 years, and have maintained a close friendship as well over the years. Our families have also been good friends throughout. We have taken our children to Disney World in Florida together, and have had many good family vacations over the years. In fact, when I was unable to leave my business to take a vacation, Chris very generously offered to include my wife and three children along on his family vacation to the Jersey shore.

I was comforted in the fact that my family need not miss out on an important family outing, and that my wife feel safe in the fact that she wasn't alone with the children. Chris has always maintained a dedication to his family, and stresses the importance of family and work life.

I must admit that I am dismayed by the recent events and I would ask that whatever leniency you find to be appropriate be considered, as it will be detrimental to his professional and family life if a prison sentence were to be issued.

I thank you for your consideration in this matter.

Cordially yours,

Stuart Chaitin, President

 **ascape landscape & construction corp.**

### DESIGNING, PLANTING AND MAINTENANCE

The Honorable Ursula Ungaro-Benages
Unites States District Court
Southern District of Florida
3011 North Miami Avenue, 11th Floor
Miami, FL 33128

Your Honor;

My name is Jodi Santumo, and I am Vice President of Ascape Landscape &
Construction, located in Rockland County, New York. I have retained this position for
the past 9 years. I am writing this letter on behalf of Chris Greco, who I have known for
most of that period of time.

Being in the landscape & tree business, I have interacted with Chris's tree removal
business on a consistent basis. In fact, all of the tree work that comes my way, I
automatically pass on to Chris. The reason I do this is simple; the level of
professionalism and fairness that my customers receive from him assure me that there
would be no other company that I would personally recommend.

Quite frankly, his degree of dedication to my customers, and to my business, has always
been exemplary. I often find myself wishing that I could somehow lure him away and
retain him on my staff.

On somewhat of a personal side, Chris's generosity calls to mind an incident that
happened last fall. One of largest nurseries in the county, "Down to Earth" had a tragedy
occur to one of its long time employees. His wife was killed in an accident, and she left
behind two very small children. A fund was organized to help the family with a college
fund for the children; as some measure of comfort. I was personally involved in
broadcasting this fund to all of the local patrons in the area.

I was actually approached by Chris on this, and he asked me if there was anything that he
or his tree company could do for this man and his children in their time of grief. I was
delighted that he donated a generous sum to this fund. I recall the look on his face when
I told him of the news; it brought back to him his own mortality and the fate of his wife
and children, if anything were to happen to him.

P.O.BOX 679    NEW CITY, NEW YORK 10956    TEL (845) 362-0303    FAX (845) 362-8224

In view of the fact that Chris has plead guilty to the charges, I would ask at this time that a measure of leniency be factored into the sentencing decision. A prison sentence would greatly affect the lives of Chris and his family.

Thank you very much for your time and consideration in this matter.

I remain,

Very truly yours,

Jodi Santumo
Vice President
Ascape Landscape & Construction Corp.

# Hickory Hollow Landscapers
### Capturing the essence of nature



The Honorable Ursula Ungaro-Benages
United States District Court
Southern District of Florida
301 N. Miami Ave., 11th floor
Miami, Florida 33128


To: The Honorable Ursula Ungaro-Benages

My name is Michael Yeager. I am half owner
in Hickory Hollow Landscapers Ltd. I live
at 229 Grandview Ave., Suffern, N.Y. 10901.
I am a landscape designer, landscaper, grower
of rare, unusual, dwarf and large trees, and
perennials. I am an accomplished landscape
designer and landscaper. We have been
invited to do the Landscape shows at
Rockefeller Center and have done the channel
gardens there as well. It is always hard
to find quality people who are reliable.

229 Grandview Avenue, Suffern, NY 10901 • (845) 354-8946 • Fax (845) 362-9271
Rockland License # H-18-2998-00-00 • Westchester License # WC-04212-H91
Fed ID # 13-3217014

FROM : HICKORY HOLLOW LANDSCAPERS    FAX NO. : 9143629271    Nov. 03 2001 10:55PM  P3

# Hickory Hollow Landscapers
## Capturing the essence of nature



We do very high quality residences and are very picky. It is important that the work is done professionally and on a timely basis. Chris Greco is a true scientist. Since he has been doing my trees we have had significantly lower losses. He is always there when my customers need him. Especially in an emergency. He has never embarrassed me. I have known Chris for twelve years. I am aware that he has pleaded guilty to charges involving gambling. I am very disappointed because our family has never known Chris in this way. These charges are serious and I fully realize that he should be punished. Chris is a very hard worker. I have seen this

229 Grandview Avenue, Suffern, NY 10901 • (845) 354-8946 • Fax (845) 362-9271
Rockland License # H-18-2998-00-00 • Westchester License # WC-04212-H91
Fed ID # 13-3217014

# Hickory Hollow Landscapers
### Capturing the essence of nature



for myself on our jobs. He is a kind person. I remember one time when my daughter Lindsays cat was struck 80' up in a tree for 3 days. She called Chris who left his job to help my hysterical little girl. He got the cat, got pretty scratched up, but didn't drop him. My partner and I were in a car accident in January 1998. Since then we haven't been able to drive our trucks. Chris delivers our machines at night so our crew can work. No one here has a license to drive a truck. Chris has gone out of his way for us. He is a good friend. I only know the good side of Chris. If you decide to imprison Chris, my family, my customers and my tree farm will miss him. Please know there is another side to Chris and please be as lenient as the law allows

Regards.

*Michael Grogan*

229 Grandview Avenue, Suffern, NY 10901 • (845) 354-8946 • Fax (845) 362-9271
Rockland License # H-18-2998-00-00 • Westchester License # WC-04212-H91
Fed ID # 13-3217014

November 6, 2001

The Honorable Ursula Ungaro-Benages

United States District Court
Southern District of Florida

301 North Miami avenue, 11th Floor
Miami, Florida 33128

Dear Judge Ungaro-Benages,

My name is Christine Minuto, I am married, and the mother of two girls ages 16 & 13. I currently work as an office manager at Monsey Carting Co., in West Nyack, New York. I had previously worked for Merrill Lynch for eight years in the capacity of administrative assistant.

It is my understanding that Chris Greco has pleaded guilty to charges that involve gambling. I was surprised to learn of this as it is completely out of character for him. I realize that these are serious charges that need to be addressed, however, I am confident that whatever wrongs have been committed, Chris understands this offensive behavior, and will never allow such a lapse of judgement again.

I have known Chris Greco for 18 years. I have the highest personal and professional regard for Chris. He is a unique blend of natural ability, common sense, congeniality and sincerity. He is completely loyal and totally trustworthy.

Chris has been an excellent role model for my two children. He has shown complete patience with my girls since they were first born. He has been kind and generous enough to take them to the movies, shopping, or just out for ice cream. He has showered them with many gifts as well as unconditional love. My girls have learned both empathy and compassion from Chris. He always makes an effort to include them in whatever it is that he is doing, whenever it is possible. I have complete and utmost faith in Chris to trust him with my greatest treasures, my children. Chris has three children of his own now, and to sentence Chris to prison will be devastating to Chris, his family, and my girls.

Another example of Chris' commitment to his family and friends is that our family reunion was made possible through his diligence, hard work and commitment. He made all the arrangements with the caterer, mailed invitations, and spent countless hour's coordinating the perfect party. He has my deepest

gratitude for a job well done. Because of Chris' dedication to this project our family memories will continue to grow year to year.

I feel that these qualities demonstrate someone with exceptional character and attributes. In conclusion, and without reservation, I respectfully recommend that Chris receive every consideration for as lenient a sentence as possible.

Sincerely yours,

Christine Minuto

To: The Honorable Ursula Ungaro-Benages                    11/15/01
United States District Court
Southern District of Florida
301 North Miami Avenue, 11th Floor
Miami, Florida 33128


     My Name is James Calabro, and I am Christopher Greco's cousin and friend. I have known Christopher for my entire life. Christopher is a very generous and compassionate person. We spent a lot of time together as children, and he would always help me in anyway he could. When I broke my bicycle, he took the time to figure out how to get it working again. He would include me in the activities of he and his friends, even though I was younger than they were. He was always a hard worker and when I was older, he helped me to get my own business started. He helped me financially; he gave his time, and his advice.

Christopher is always the first one to be there in a crisis. When my grandparents were in the hospital He was there more than anyone else. He made a tremendous difference in the final days of both their lives. He eased their suffering and loneliness by giving his time and love.

I have never met someone more reliable than Christopher. I know that when I need his help he will be there. He has never let me down in the 35 years of my life.

Just seeing how happy his family is and how much his wife and 3 boys love him is a testament to his dedication as a husband and father.

I am sure that Christopher has a good heart and he regrets any pain he may have caused anyone due to his actions.


                Sincerely,
                James Calabro

John P. Calabro                    11/24/01
7 Lea Ct
Garnerville, N.Y. 10923

The Honorable Ursula Ungaro-Benages
United States District Court
Southern District of Florida
301 North Miami Ave 11th Floor
Miami FL. 33128


        Please allow me to introduce
myself. My name is John Calabro. I
am Christopher Gredo's 1st cousin.
I attended Racland Community
College in Suffern N.Y., I am
currently employed by "Adrian Auto
Group" in Bedford Hills N.Y., and
have been since february of 1989 as
their finance Manager.
        I live in a single family house
with my two sons John and Sam,
and my parents John and Floria.
My wife Mary died suddenly and
unexpectedly on March 7th of this
year during a visit to a Dentist.
She had a reaction to anestesia given
by the doctor. For now I take life

one moment at a time, and thank God for my close and loving family. Particularly my parents, whom immediately moved in with me to help care for the children. John and Sam are struggling academically, socially and emotionally. We have been part of a grievance group and see a child psychologist/family therapist regularly. Life without Mary has been real tough on them.

Writing this letter at this time is very difficult for me, however I know that Chris has plead guilty to some very serious charges. I feel this letter is important to help illustrate Christopher's true character.

Being his five year older 1st cousin I have known Chris his entire life and have shared experiences with him throughout childhood, adolescence and adulthood. We always lived nearby (except for a short time he lived in Florida with his parents) and saw a lot of eachother our entire

life. I am thankfull that he is a part of my life.

Chris was always a hard worker. As a young man in his twenties he created a successful lawn and landscaping business. He now opperates a successful tile service.

He is very generous with his time and labor. When Mary and I moved into our house in 1988 Chris did the entire landscaping. I could not afford to pay laborers at the time, so I bought the shrubs and Chris and I did all the labor ourselves. For the years that followed until the time that Chris sold his lawn maintainance accounts to another landscaper, he maintained my property, my parents and my grand parents property and refused to take any money. Just recently about 2 weeks ago I came home from work to find a wheel barrow full of rocks was emptied. Chris had stopped by to visit the children and

upon leaving loaded the rocks on his truck and took them away simply to help me. I didn't even have to ask. Similar accounts of generosity and selflessness are too numerous to list. This is just a basic part of who he is.

For the days that followed my wifes death. Chris and my brother Jim were by my side constantly. Chris provided food for many people both days of the wake. He watched my children while my brother and I went to make funeral arrangements. He was a real brave and moral supporter. I knew that I could count on him. Chris is always one of the first ones there whenever anyone in the family is ill or in need.

Christopher never abused drugs or alcohol and refuses to associate with anyone who does. His younger brother Michael did however have a significant problem with drugs while living in Florida a few years ago. His parents couldn't help him and he was not

capable of helping himself the
whole family agreed that his life
was headed for disaster. After much
resistance, Chris brought him to
New York and took him into his
home. He made him work full
time and taught him the tree service
business. Chris would not tolerate
anything but a straight and narrow
path for Michael. They fought and
Michael resisted. But as a result
of Christopher's love, caring and
persistance Michael now has his
own home, works full time as
a foreman in Chris's company and
leads a drug free life. Our
entire family is grateful. This is
an example of how Chris is capable
of improving the life of others.

          In light of the recent
tragedy in my own life. I have
seen and experienced first hand
the emotionally damaging effect that
the sudden absence of a loving
and nurturing parent can have
on children and other loved ones.

Chris Greco is a very valuable, needed and integral person in the lives of many people. His absence would be devastating.

Respectfully I ask the court to deliver as lenient a sentence as possible

Thank you for taking the time to read my letter

Respectfully
John Calabro

<u>CERTIFICATE OF SERVICE</u>

I hereby certify that a copy of the foregoing was served on the below listed attorneys of record via Overnight mail this 27th day of November, 2001.

AUSA Michael J. Dittoe                    Mr. Silas Sauders
United States Attorney's Office           U.S. Probation Office
Southern District of Florida              300 N.E. First Avenue
500 E. Broward Blvd., Ste 700             Miami, Florida 33132
Ft. Lauderdale, FL 33394-3002

_____
KERRY A. LAWRENCE, ESQ.
Attorney for Chris Greco

4