UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

NIGHT
FILE

CASE NO. 00-6088 CR - UNGARO-BENAGES

DEC   2001

CLARENCE
CLERK, USD

UNITED STATES OF AMERICA,          :

       Plaintiff,                  :
                                   :
vs.                                :
                                   :
MARCO MINUTO, a/k/a "The Big Guy", :
NICOLO MARIANI,                    :
JOSEPH MINUTO,                     :
MARCELLO GRASSO, a/k/a "J.J.",     :
ALEX TORRENTE, a/k/a "Porky", a/k/a "Neck", :
CHRIS GRECO,                       :
JULIO PEREZ,                       :
ANGEL HERNANDEZ, and               :
a/k/a "Junior" JORGE RAVELO,       :
                                   :
       Defendants.                 :
------------------------------------------------------------x

## MOTION TO RESERVE JURISDICTION TO MODIFY SENTENCE

CHRIS GRECO ("Greco"), through undersigned counsel files this Motion to Reserve Jurisdiction to Modify Sentence. As grounds, Chris Greco states the following:

1. On November 30, 2001, this Court sentenced Greco to a term of three years probation, with a special condition that Greco serve 12 months of home detention.

2. At the time of sentencing, the Court determined Greco's adjusted offense level to be a level 8, making the applicable sentencing range 0-6 months.

3. At sentencing, the Court agreed that nothing more restrictive or punitive than home detention was necessary in sentencing Greco, but determined that the amount of home detention should be 12 months.

4. At sentencing, on behalf of Greco, I articulated a concern that imposing 12 months of home detention as a condition of probation might not comply with the Federal Sentencing Guidelines. Probation Officer Debra Speas stated, in response to the Court's inquiry, that normally the Probation Department recommends 6 months. The Court than said it had previously imposed 12 months of home detention as a condition of probation.

5. We agree that 12 months of home detention would be a permissible condition of probation had Greco's applicable sentencing range been determined to be 6-12 months.

6. Because Greco's guideline range is 0-6 months, however, we believe no more than 6 months of home detention should have been imposed.

7. Guideline Section 5F1.2 provides that "home detention may be imposed as a condition of probation or supervise release, **but only as a substitute for imprisonment**." (Emphasis added.)

8. Under Greco's applicable Guideline range, 6 months was the longest amount of imprisonment than could have imposed. As a result, no more than 6 months of home detention could have been imposed and have the sentence be in compliance with the Guidelines.

9. By the filing of this Motion, we ask the Court to consider the matters set forth herein, and retain jurisdiction of Greco's case for the limited purpose of reviewing the matter in 6 months to determine, upon a favorable recommendation at that time by the Probation Department, whether Greco's' home detention can be eliminated as a condition of probation after 6 months. We are not going to

      appeal the sentence or ask the Court to modify the sentence in any other fashion.

10.    I have attempted to discuss this matter with Assistant United States Attorneys Michael Dittoe or Brian McCormick but I have not heard back from either of them as of the filing of this Motion.

WHEREFORE, Defendant Chris Greco and undersigned counsel respectfully request that this Court grant this Motion to Reserve Jurisdiction to Modify Sentence.

                                Respectfully submitted,

                                Kerry A. Lawrence, Esq.
                                BRICCETTI, CALHOUN & LAWRENCE, LLP
                                81 Main Street, Suite 450
                                White Plains, New York 10601
                                (914) 946-5900 (telephone)
                                (914) 946-5906 (fax)

By: _Kerry A. Lawrence_
Kerry A. Lawrence, Esq.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO. 00-6088 CR - UNGARO-BENAGES

UNITED STATES OF AMERICA,                :
                                         :
                     Plaintiff,          :
                                         :
vs.                                      :
                                         :
CHRIS GRECO,                             :
                                         :
                     Defendant.          :
------------------------------------------x

# ORDER ON CHRIS GRECO'S MOTION TO RESERVE JURISDICTION TO MODIFY SENTENCE

THIS CAUSE having come before this Court on Defendant's, CHRIS GRECO's Motion to Reserve Jurisdiction to Modify Sentence, and upon due consideration thereof, it is hereby

ORDERED and ADJUDGED that the Motion to Reserve Jurisdiction to Modify Sentence is hereby _____.

DONE and ORDERED this ____ day of December, 2001 at Miami, Dade County, Florida.

                                                HONORABLE UNGARO-BENAGES
                                                United States District Judge

cc:   Michael Dittoe, Esq.

## CERTIFICATE OF SERVICE

     I HEREBY CERTIFY that a true and correct copy of the foregoing Motion was mailed this 6th day of December, 2001 to:

Michael J. Dittoe, Esq.
Assistant United States Attorney
500 East Broward Boulevard
7th Floor
Fort Lauderdale, Florida 33394-3002

By: _____
Kerry A. Lawrence, Esq.