UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

HONORABLE UNGARO-BENAGES

COURTROOM MINUTES

Case No. 00-6088-CR-UB  Date: 11/30/01

Style: U.S.A. vs Chris Gregg

PL/AUSA: Mike DiHoe

Defense Counsel: Kerry Lawrence

Reporter: W. Romanishin   Deputy Clerk: K. Harlan

FILED by ____ D.C.
MAG. SEC.
OCT 7 ____
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. FLA. MIAMI

Status Conference/Hearing on Motion: Sentencing

3 yrs. Probation w/
1 yr (12 months) H.C.
1) No gambling   3) No hanging at Lif or gang
2) No debts — crime cr gang members
Fine $10,000   Assessed $100.00

Calendar Call _____   Trial Set/Reset for _____

TRIAL MINUTES:   BENCH/JURY   VOIR DIRE HELD _____

JURY TRIAL BEGINS _____   TRIAL HELD _____ DAY # _____

TRIAL ENDS _____

DEFENDANT: REMANDED/ACQUITTED   SENTENCE DATE _____

MISCELLANEOUS NOTES TO DOCKET CLERK: _____

368