UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO. 00-6088 CR - UNGARO-BENAGES

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

CHRIS GRECO,

    Defendant.

-----------------------------------------------------------x

FILED by _____ D.C.
DEC 1 0 2001
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. - MIAMI

## ORDER ON CHRIS GRECO'S MOTION TO RESERVE JURISDICTION TO MODIFY SENTENCE

THIS CAUSE having come before this Court on Defendant's, CHRIS GRECO's Motion to Reserve Jurisdiction to Modify Sentence, and upon due consideration thereof, it is hereby

ORDERED and ADJUDGED that the Motion to Reserve Jurisdiction to Modify Sentence is hereby _granted_.

DONE and ORDERED this 10 day of December, 2001 at Miami, Dade County, Florida.

_____
HONORABLE UNGARO-BENAGES
United States District Judge

cc:    Michael Dittoe, Esq.

## CERTIFICATE OF SERVICE

     I HEREBY CERTIFY that a true and correct copy of the foregoing Motion was mailed this 6th day of December, 2001 to:

Michael J. Dittoe, Esq.
Assistant United States Attorney
500 East Broward Boulevard
7th Floor
Fort Lauderdale, Florida 33394-3002

                                                By: _____
                                                      Kerry A. Lawrence, Esq.