UNITED STATES DISTRICT COURT FILED BY _____ JC _____ D.C.
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION                2002 JUL 12 AM 10: 53

CASE NO. 00-6088 CR - UNGARO-BENAGES CLERK U.S. DIST. CT.
                                      S.D. OF FLA - MIA

UNITED STATES OF AMERICA,              :
                                       :
              Plaintiff,               :
                                       :
vs.                                    :
                                       :
MARCO MINUTO, a/k/a "The Big Guy",     :
NICOLO MARIANI,                        :
JOSEPH MINUTO,                         :
MARCELLO GRASSO, a/k/a "J.J.",         :
ALEX TORRENTE, a/k/a "Porky", a/k/a "Neck", :
CHRIS GRECO,                           :
JULIO PEREZ,                           :
ANGEL HERNANDEZ, and                   :
a/k/a "Junior" JORGE RAVELO,           :
                                       :
              Defendants.              :
------------------------------------------------------------x

## UNOPPOSED MOTION TO MODIFY SENTENCE

CHRIS GRECO ("Greco"), through undersigned counsel, files this Unopposed

Motion to Modify Sentence.  As grounds, Greco states the following:

1.    On November 30, 2001, this Court sentenced Greco to a term of three years

      probation, with a special condition that Greco serve 12 months of home detention.

2.    At the time of sentencing, the Court determined Greco's adjusted offense level to

      be a level 8, making the applicable sentencing range 0-6 months.

3.    At sentencing, the Court agreed that nothing more restrictive or punitive than

      home detention was necessary in sentencing Greco, but determined that the

      amount of home detention should be 12 months.

4.      At sentencing, undersigned counsel for Greco articulated a concern that imposing

12 months of home detention as a condition of probation might not comply with

the Federal Sentencing Guidelines.  Probation Officer Debra Speas stated, in

response to the Court's inquiry, that normally the Probation Department

recommends 6 months.  The Court than said it had previously imposed 12 months

of home detention as a condition of probation.

5.      Counsel for Greco and Assistant United States Attorney Brian McCormick have

discussed this matter and the parties agree that 12 months of home detention

would be a permissible condition of probation had Greco's applicable sentencing

range been determined to be 6-12 months.

6.      Because Greco's guideline range is 0-6 months, however, counsel for Greco and

counsel for the United States of America believe no more than 6 months of home

detention should have been imposed.

7.      Guideline Section 5F1.2 provides that "home detention may be imposed as a

condition of probation or supervise release, **but only as a substitute for**

**imprisonment**." (Emphasis added.)

8.      Under Greco's applicable Guideline range, 6 months was the longest amount of

imprisonment than could have imposed.  As a result, no more than 6 months of

home detention could have been imposed and have the sentence be in compliance

with the Guidelines.

9.      On December 7, 2001, counsel for Greco filed a Motion to Reserve Jurisdiction to

Modify Sentence, asking the Court to consider the matters set forth above, and

retain jurisdiction of Greco's case for the limited purpose of reviewing the matter

2

in 6 months to determine whether Greco's home detention can be eliminated as a condition of probation after 6 months.

10.    On December 10, 2001, this Court granted the Motion to Reserve Jurisdiction.

11.    Counsel for Greco has spoken to Greco's supervising probation officer in New Jersey who has advised that Greco has complied with conditions of his probation since his release date.

12.    Counsel for both Greco and the Government agree that granting this Motion appears to be warranted under the facts and law applicable to this case.


WHEREFORE, Defendant Chris Greco respectfully requests that this Court grant this Motion to Modify Sentence.

Respectfully submitted,

By: _____

Kerry A. Lawrence, Esq.
BRICCETTI, CALHOUN & LAWRENCE, LLP
81 Main Street, Suite 450
White Plains, New York 10601
(914) 946-5900 (telephone)
(914) 946-5906 (fax)

3

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO. 00-6088 CR - UNGARO-BENAGES

UNITED STATES OF AMERICA,                   :
                                            :
                    Plaintiff,              :
                                            :
        vs.                                 :
                                            :
CHRIS GRECO,                                :
                                            :
                    Defendant.              :
-------------------------------------------------------------x

### ORDER ON CHRIS GRECO'S MOTION TO MODIFY SENTENCE

THIS CAUSE having come before this Court on Defendant's, CHRIS GRECO's

Motion to Modify Sentence, and upon due consideration thereof, it is hereby

ORDERED and ADJUDGED that the Motion to Modify Sentence is here

is hereby _____.

DONE and ORDERED this ____ day of July, 2002 at Miami, Dade County, Florida.

_____
HONORABLE UNGARO-BENAGES
United States District Judge

cc:    Brian McCormick, Esq.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing Motion was mailed this 11th day of July, 2002 to:

Brian McCormick, Esq.
Assistant United States Attorney
500 East Broward Boulevard
7th Floor
Fort Lauderdale, Florida 33394-3002

By: _____

Kerry A. Lawrence, Esq.