UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6088-CR-UNGARO-BENAGES

UNITED STATES OF AMERICA,

        Plaintiff,

v.

CHRIS GRECO,

        Defendant.

_____

GOVERNMENT'S RESPONSE TO DEFENDANT'S
UNOPPOSED MOTION TO MODIFY SENTENCE

The United States of America, through its undersigned Assistant United States Attorney, respectfully files this response to defendant's unopposed motion to modify sentence. In light of the information contained in the defendant's motion, the government does not oppose the modification of Chris Greco's sentence from 12 months home detention to 6 months home detention in this case.

        Respectfully submitted,

        GUY E. LEWIS
        UNITED STATES ATTORNEY

By: _____
    J. BRIAN McCORMICK
    ASSISTANT UNITED STATES ATTORNEY
    Court I.D. #A5500084
    500 East Broward Blvd., Suite 700
    Fort Lauderdale, FL 33394
    Telephone: (954) 356-7392
    Fax: (954) 356-7230

## CERTIFICATE OF SERVICE

I HEREBY certify that a true and correct copy of the foregoing was mailed this  18th  day of  July , 2002 to:

Kerry A. Lawrence, Esq.
Briccetti, Calhoun & Lawrence, LLP
81 Main Street, Suite 450
White Plains, New York 10601

                                                 Diane W. Fernader for
                                                 J. BRIAN McCORMICK
                                                 ASSISTANT UNITED STATES ATTORNEY