UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO. 00-6088 CR - UNGARO-BENAGES

UNITED STATES OF AMERICA,

          Plaintiff,

vs.

CHRIS GRECO,

          Defendant.
_____x

FILED by _____ D.C.
DKTG
JUL 23 2002
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. - MIAMI

## ORDER ON CHRIS GRECO'S MOTION TO MODIFY SENTENCE

THIS CAUSE having come before this Court on Defendant's, CHRIS GRECO's Motion to Modify Sentence, and upon due consideration thereof, it is hereby

ORDERED and ADJUDGED that the Motion to Modify Sentence is here is hereby GRANTED TO SIX (6) MONTHS HOME DETENTION, ALL OTHER TERMS AND CONDITIONS OF THE JUDGMENT SHALL REMAIN IN FULL FORCE AND EFFECT.

DONE and ORDERED this 22 day of July, 2002 at Miami, Dade County, Florida.

/s/ Ungaro-Benages
HONORABLE UNGARO-BENAGES
United States District Judge

cc:    Brian McCormick, Esq. AUSA
KERRY LAWRENCE, ESQ
U.S. MARSHALS
PROBATION

409