PROB 12B  
(SD/FL 9/96)

SD/FL PACTS No. 63798



### UNITED STATES DISTRICT COURT
### SOUTHERN DISTRICT OF FLORIDA

CASE NO. <u>00-6088-CR UUB</u>

FILED by ___ D.C.  
MAR 27 2003  
CLARENCE MADDOX  
CLERK U.S. ___

### Request to Delete Modification of the Conditions of Probation and Request for Modifying the Conditions of Probation with Consent of the Offender
(Probation Form 49, Waiver of Hearing is Attached)

Name of Offender: CHRIS GRECO

Name of Sentencing Judicial Officer: The Honorable Ursula Ungaro-Benages, U.S. District Judge  
Miami, FL

Date of Original Sentence: November 30, 2001

| | |
|---|---|
| Original Offense: | Conducting an illegal bookmaking business, in violation of 18 USC 1955. |
| Original Sentence: | Three (3) years probation. Special conditions: (1) the defendant shall participate in the Home Detention Electric Monitoring program for a period of 12 months. During this time the defendant shall remain at his place of residence except for employment and other activities approved in advance by the U.S. Probation Officer. The defendant shall maintain a telephone at his place of residence without call forwarding, call waiting, a modem, caller ID, or callback/call block services for the above period. The defendant shall wear an electric monitoring device and follow the electronic monitoring procedures specified by the U.S. States Probation Officer. In addition, the defendant shall pay cost of electronic monitoring; (2) the defendant shall not apply for, solicit, or incur, any further debt, included but not limited to, loans, lines of credit, or credit card charges, either as a principal or cosigner, as an individual or through any corporate entity, without first obtaining permission from the U.S. Probation Officer; (3) the defendant shall provide complete access to financial information, including disclosure of all business and personal finances, to the U.S. Probation Officer; (4) the defendant is prohibited from associating with (visiting specific places or associate with specific individuals or groups, such as; terrorist groups, organizations advocating violence; organized crime figures or families; motorcycle gangs and/or street gangs, etc...) while on probation; (5) the defendant shall not participate in activities nor shall he frequent a place that promotes gambling. Fine payment totaling $10,000 plus $100.00 assessment. |

PROB 12B                                                                 SD/FL PACTS No. 63798
(SD/FL 9/96)

Type of Supervision: Probation          Date Supervision Commenced: November 30, 2001

# PETITIONING THE COURT

[ ]   To extend the term of supervision for __ years, for a total term of __ years.
[X]   To modify the conditions of supervision as follows:

**The defendant is to be confined to his residence for a period of six (6) months commencing at the direction of the U.S. Probation Office. The defendant shall be required to be at this residence at all times except for approved absences for gainful employment, community service, religious services, medical care, educational or training programs and at other such times as may be specifically authorized by the U.S. Probation Office. The defendant shall permit the probation officer access to the residence at all times and maintain a telephone at the residence without any custom services or portable, cordless equipment. The defendant shall comply with any other specific conditions of home confinement as the probation officer requires. The defendant shall pay the cost of electronic monitoring specifically $3.49 per day.**

# CAUSE

**Violation of Mandatory Condition,** by failing to refrain from violation of the law. On or about November 30, 2002, the probationer was identified as a suspect by the Clarkstown, NY Police and charged with Burglary and Assault.

**Violation of Mandatory Condition,** by failing to refrain from violation of the law. On or about December 1, 2002, the probationer was charged with Driving While Intoxicated and Criminal Mischief by the Clarkstown, NY Police Department.

**Violation of Standard Condition,** by leaving the judicial district without first securing permission of the probation officer. On or about December 1, 2002, the probationer traveled to 5A Jeanne Marie Gardens, Nanuet, NY 10954, without securing the permission of the probation officer or the court as evidence by the Clarkstown Police - Incident Dispatch Detail Report.

**Violation of Standard Condition,** by leaving the judicial district without first securing permission of the probation officer. On or about December 1, 2002, the probationer traveled to 40 West Nyack Road, Nanuet, Rockland County, New York, without securing the permission of the probation officer or the court as evidence by the Clarkstown Police - Incident Dispatch Detail Report.

**Violation of Standard Condition,** by associating with a person engaged in criminal activity. On December 1, 2002, the probationer was involved in a criminal activity with John P. Calabro, a white male, whose date of birth (DOB) is 09/21/1959, a subject identified as a suspect by the Clarkstown NY Police and charged with Burglary and Assault.

PROB 12B                                                                SD/FL PACTS No. 63798
(SD/FL 9/96)

On March 4, 2003, Your Honor signed a Probation Form 12B, Petition for Modification of Conditions with Consent, submitted by this officer dated February 25, 2003; ordering Mr. Greco to reside at and participate in a Community Corrections Center for a period not to exceed 180 days, or until otherwise released at the direction of the U.S. Probation Officer. Attached to the petition, this officer submitted a signed Probation Form 49 dated February 4, 2003 where the offender waived his rights to a hearing and agreed to be confined to his place of residence (electronic monitoring) for a period of six (6) months and to comply with all the requirements of this modified condition commencing at the direction of the U.S. Probation Office.

This officer mistakenly petitioned the Court incorrectly requesting for the Court to modify Mr. Greco's probation by ordering him to participate in a community correctional center for a period of 180 days as above-noted. In fact the offender had not agreed to this modification but to a modification for electronic monitoring. In hopes to correct this regretful mistake this officer is requesting the Court to delete the community corrections center condition imposed on March 4, 2003 and consider this respectful request to modify Mr. Greco's probation to home confinement.

If Your Honor has any questions, please do not hesitate to contact this officer at the below-mentioned phone number. Please forgive the inconvenience this mistake may have caused.

                                                          Respectfully submitted,

                                              by          [signature]
                                                          Nelson Omar Valenzuela
                                                          U.S. Probation Officer
                                                          Phone: (305) 512-1813
                                                          Date: March 18, 2003

---

THE COURT ORDERS:

[ ]   No Action
[ ]   The Extension of Supervision as Noted Above
[X]   Concur with Probation Officer Request to Delete Previous Modification and Modify Conditions as Noted Above
[ ]   Submit a Request for _ Warrant or _ Summons

                              [signature]
                              Signature of Judicial Officer

                              3/24/03
                              Date