PROB 12B                                           SD/FL PACTS No. 63798
(SD/FL 9/96)

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

**CASE NO. 00-6088-CR UUB**

FILED by _____ D.C.
INTAKE
APR 0 8 2003
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. - MIAMI

### Request for Modifying the Conditions or Term of Supervision
### with Consent of the Offender
(Probation Form 49, Waiver of Hearing is Attached)

Name of Offender: CHRIS GRECO

Name of Sentencing Judicial Officer: The Honorable Ursula Ungaro-Benages, U.S. District Judge
                                      Miami, FL

Date of Original Sentence: November 30, 2001

Original Offense:    Conducting an illegal bookmaking business, in violation of 18 USC 1955.

Original Sentence:   Three (3) years probation. Special conditions: (1) the defendant shall participate in the Home Detention Electric Monitoring program for a period of 12 months. During this time the defendant shall remain at his place of residence except for employment and other activities approved in advance by the U.S. Probation Officer. The defendant shall maintain a telephone at his place of residence without call forwarding, call waiting, a modem, caller ID, or callback/call block services for the above period. The defendant shall wear an electric monitoring device and follow the electronic monitoring procedures specified by the U.S. States Probation Officer. In addition, the defendant shall pay cost of electronic monitoring; (2) the defendant shall not apply for, solicit, or incur, any further debt, included but not limited to, loans, lines of credit, or credit card charges, either as a principal or cosigner, as an individual or through any corporate entity, without first obtaining permission from the U.S. Probation Officer; (3) the defendant shall provide complete access to financial information, including disclosure of all business and personal finances, to the U.S. Probation Officer; (4) the defendant is prohibited from associating with (visiting specific places or associate with specific individuals or groups, such as; terrorist groups, organizations advocating violence; organized crime figures or families; motorcycle gangs and/or street gangs, etc...) while on probation; (5) the defendant shall not participate in activities nor shall he frequent a place that promotes gambling. Fine payment totaling $10,000 plus $100.00 assessment.

PROB 12B  
(SD/FL 9/96)

SD/FL PACTS No. 63798

Type of Supervision: Probation               Date Supervision Commenced: November 30, 2001

## PETITIONING THE COURT

[ ]   To extend the term of supervision for __ years, for a total term of __ years.  
[X]   To modify the conditions of supervision as follows:

**The defendant shall reside at and participate in a Community Corrections Center for a period not to exceed 180 days, or until otherwise released at the direction of the U.S. Probation Officer.**

## CAUSE

**Violation of Mandatory Condition,** by failing to refrain from violation of the law. On or about November 30, 2002, the probationer was identified as a suspect by the Clarkstown, NY Police and charged with Burglary and Assault.

**Violation of Mandatory Condition,** by failing to refrain from violation of the law. On or about December 1, 2002, the probationer was charged with Driving While Intoxicated and Criminal Mischief by the Clarkstown, NY Police Department.

**Violation of Standard Condition,** by leaving the judicial district without first securing permission of the probation officer. On or about December 1, 2002, the probationer traveled to 5A Jeanne Marie Gardens, Nanuet, NY 10954, without securing the permission of the probation officer or the court as evidence by the Clarkstown Police - Incident Dispatch Detail Report.

**Violation of Standard Condition,** by leaving the judicial district without first securing permission of the probation officer. On or about December 1, 2002, the probationer traveled to 40 West Nyack Road, Nanuet, Rockland County, New York, without securing the permission of the probation officer or the court as evidence by the Clarkstown Police - Incident Dispatch Detail Report.

PROB 12B  
(SD/FL 9/96)

SD/FL PACTS No. 63798

**Violation of Standard Condition,** by associating with a person engaged in criminal activity. On December 1, 2002, the probationer was involved in a criminal activity with John P. Calabro, a white male, whose date of birth (DOB) is 09/21/1959, a subject identified as a suspect by the Clarkstown NY Police and charged with Burglary and Assault.

Respectfully submitted,

by  Nelson Omar Valenzuela  
U.S. Probation Officer  
Phone: (305) 512-1813  
Date: February 25, 2003 

---

THE COURT ORDERS:

[ ] No Action  
[ ] The Extension of Supervision as Noted Above  
[X] The Modification of Conditions as Noted Above  
[ ] Submit a Request for _ Warrant or _ Summons

Signature of Judicial Officer

3/4/03  
Date