| PROB 22<br>Rev.2/88 | | DOCKET NUMBER(Tran.Ct)<br>00-6088-CR-UUB |
|---|---|---|
| **TRANSFER OF JURISDICTION** | | DOCKET NUMBER(Rec.Ct)<br>03cr 417 (JL) |

| NAME AND ADDRESS OF PROBATIONER/SUPERVISED RELEASEE<br>Chris Greco<br>Mahwah, NJ | DISTRICT<br>Southern Florida | DIVISION<br>Miami |
|---|---|---|
| | NAME OF SENTENCING JUDGE<br>The Honorable Ursula Ungaro-Benages | |
| SD/FL PACTS No. 63798 | DATES OF PROBATION<br>SUPERVISED RELEASE | FROM<br>11/30/2001 | TO<br>11/29/2004 |
| OFFENSE<br>Title 18 U.S.C. § 1955 | | |

FILED
MAY 28 2003
AT 8:30_____M
WILLIAM T. WALSH
CLERK

FILED by ___ D.C.
DKTG
JUN 18 2003
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. - MIAMI

### PART 1 - ORDER TRANSFERRING JURISDICTION

UNITED STATES DISTRICT COURT FOR THE <u>SOUTHERN DISTRICT OF FLORIDA</u>

**IT IS HEREBY ORDERED** that pursuant to 18 U.S.C. 3605 the jurisdiction of the probationer or supervised releasee named above be transferred with the records of this Court to the United States District Court for the <u>District of New Jersey</u> upon the court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of probation or supervised release may be changed by the District Court to which this transfer is made without further inquiry of this court.*

3/11/03                                   /s/ Ursula Ungaro-Benages
Date                                          United States District Judge

*This sentence may be deleted in the discretion of the transferring Court

### PART 2 - ORDER ACCEPTING JURISDICTION

UNITED STATES DISTRICT COURT FOR THE DISTRICT OF <u>NEW JERSEY</u>

**IT IS HEREBY ORDERED** that jurisdiction over the above-named probationer/supervised releasee be accepted and assumed by this Court from and after the entry of this order.

7/28/03                6/19/03                   /s/
Effective Date         Date                      United States District Judge

418

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CLARENCE MADDOX
CLERK OF COURT



June 19, 2003

United States District Court
District of New Jersey
PO Box 419
Newark , NJ 07101-0419

RE:   *USA v. Chris Greco*
      Case No. 00-6088-CR-UUB (SDFL)/03CR417(JLL) (DNJ)

Dear Sir:

Pursuant to 18 U.S.C. 3605, the jurisdiction of the probationer/supervised releasee has been transferred to your court. In compliance with the Transfer of Jurisdiction the following items are being forwarded herewith:

- (1) original form PROB 22 Transfer of Jurisdiction
- (1) certified copy of the Indictment/Information
- (1) certified copy of the J&C
- (1) certified copy of the docket sheet

Please acknowledge receipt of the above on the enclosed copy of this letter and return it the envelope which has been provided.

CLARENCE MADDOX
Clerk of Court


by: _____
    Spallo
    Deputy Clerk

Encl.

---

□301 N. Miami Avenue    □299 E. Broward Boulevard    □701 Clematis Street    □301 Simonton Street    □300 S. Sixth Street
Room 150                Room 108                     Room 402                Room 130                Ft. Pierce, FL 34950
Miami, FL 33128         Ft. Lauderdale, FL 33301     W. Palm Beach, FL 33401 Key West, FL 33040      772-595-9691
305-523-5100            954-769-5400                 561-803-3400            305-295-8100