UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CLARENCE MADDOX
CLERK OF COURT



June 19, 2003

United States District Court
District of New Jersey
PO Box 419
Newark, NJ 07101-0419

RE:   *USA v. Chris Greco*
      Case No. 00-6088-CR-UUB (SDFL)/03CR417(JLL) (DNJ)

Dear Sir:

Pursuant to 18 U.S.C. 3605, the jurisdiction of the probationer/supervised releasee has been transferred to your court. In compliance with the Transfer of Jurisdiction the following items are being forwarded herewith:

- (1) original form PROB 22 Transfer of Jurisdiction
- (1) certified copy of the Indictment/Information
- (1) certified copy of the J&C
- (1) certified copy of the docket sheet

Please acknowledge receipt of the above on the enclosed copy of this letter and return it the envelope which has been provided.

CLARENCE MADDOX
Clerk of Court

by: _____X_____
    spallo
    Deputy Clerk

Encl.

---

CLERK'S ACKNOWLEDGMENT OF RECEIPT

This case has been assigned our case number:

CR. 03-417 JLL

by: _Irene J. Posato_,
    Deputy Clerk

Date: 6/24/03

---

☐301 N. Miami Avenue   ☐299 E. Broward Boulevard   ☐701 Clematis Street   ☐301 Simonton Street   ☐300 S. Sixth Street
Room 150                Room 108                    Room 402                Room 130                Ft. Pierce, FL 34950
Miami, FL 33128         Ft. Lauderdale, FL 33301    W. Palm Beach, FL 33401 Key West, FL 33040      772-595-9691
305-523-5100            954-769-5400                561-803-3400            305-295-8100

